1  John A. Russo, City Attorney (SBN 063203)
   *jrusso@oaklandcityattorney.org*
2  Barbara Parker, Chief Asst. City Attorney (SBN 069722)
   *bparker@oaklandcityattorney.org*
3  Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
   *mmorodomi@oaklandcityattorney.org*
4  Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
   *ksalemboyd@oaklandcityattorney.org*
5  CITY OF OAKLAND, CALIFORNIA
   One Frank H. Ogawa Plaza, 6th Floor
6  Oakland, California 94612
   Telephone:    (510) 238-3034
7  Facsimile:    (510) 238-6500

8  [Additional Counsel Listed on Signature Page]

9  *Attorneys for Individual and Representative Plaintiff*
   *City of Oakland, California*

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  CITY OF OAKLAND, CALIFORNIA,          |  Case No. CV-08-2116 - MEJ

14                      Plaintiff,

15  v.                                    |  **REQUEST FOR REASSIGNMENT TO
                                          |  A UNITED STATES DISTRICT
16                                        |  JUDGE**
    AIG FINANCIAL PRODUCTS CORP., *et al.*
17
                        Defendants.
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

759855.1                     - 1 -                REQUEST FOR REASSIGNMENT
                                                  CASE NO. CV-08-2116-MEJ

1    The undersigned party hereby declines to consent to the assignment of this case to

2  a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

3  this case to a United States District Judge.

4  Dated: April 24, 2008                    Respectfully submitted,

5                                           LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, LLP
6

7
                                           By:_____/s/ Eric B. Fastiff_____
8                                                         Eric B. Fastiff

9                                          Richard M. Heimann (State Bar No. 063607)
                                           *rheimann@lchb.com*
10                                         Joseph R. Saveri (State Bar No. 130064)
                                           *jsaveri@lchb.com*
11                                         Eric B. Fastiff (State Bar No. 182260)
                                           *efastiff@lchb.com*
12                                         275 Battery Street, 30th Floor
                                           San Francisco, CA  94111-3339
13                                         Telephone:  (415) 956-1000
                                           Facsimile:  (415) 956-1008
14
                                           John A. Russo, City Attorney (SBN 063203)
15                                         *jrusso@oaklandcityattorney.org*
                                           Barbara Parker, Chief Asst. City Attorney
16                                         (SBN 069722)
                                           *bparker@oaklandcityattorney.org*
17                                         Mark Morodomi, Supervising Deputy City
                                           Attorney (SBN 120914)
18                                         *mmorodomi@oaklandcityattorney.org*
                                           Kathleen Salem-Boyd, Deputy City
19                                         Attorney (SBN 100179)
                                           *ksalemboyd@oaklandcityattorney.org*
20                                         CITY OF OAKLAND
                                           One Frank H. Ogawa Plaza, 6th Floor
21                                         Oakland, California 94612
                                           Telephone:  (510) 238-3034
22                                         Facsimile:  (510) 238-6500

23                                         James A. Quadra (SBN 131084)
                                           *quadra@meqlaw.com*
24                                         Sylvia Sokol (SBN 200126)
                                           *sokol@meqlaw.com*
25                                         MOSCONE, EMBLIDGE & QUADRA, LLP
                                           220 Montgomery Street
26                                         Mills Tower, Suite 2100
                                           San Francisco, CA 94104
27                                         Telephone:     (415) 362-3599
                                           Facsimile:     (415) 362-2006
28

REQUEST FOR REASSIGNMENT
CASE NO. CV-08-2116-MEJ

Steven E. Fineman (SBN 140335)
*sfineman@lchb.com*
Daniel E. Seltz
*dseltz@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
Telephone:      (212) 355-9500
Facsimile:      (212) 355-9592

*Attorneys for Individual and Representative Plaintiff*
*City of Oakland, California*

759855.1

- 3 -