| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:
   b. Person served:

   AIG FINANCIAL PRODUCTS CORP. ("AIG FINANCIAL")
   VICKIE TAYLOR, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:

   874 WALKER ROAD
   SUITE C
   DOVER, DE 19904

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AIG FINANCIAL PRODUCTS CORP ("AIG FINANCIAL")
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. MICHAEL J. DELLOSE

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. The Fee for Service was:

   e. I am Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue., Apr. 29, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(MICHAEL J. DELLOSE)
6473992 lieca-sf.129659

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | | | | |

| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:                AIG SUNAMERICA LIFE ASSURANCE CO., ("AIG SUNAMERICA")
   b. Person served:             ELI BROAD, AGENT FOR SERVICE

4. Address where the party was served:    1999 AVENUE OF THE STARS
                                          LOS ANGELES, CA 90067

5. I served the party:
   b. by substituted service.  On: Mon., Apr. 28, 2008 at: 3:28PM by leaving the copies with or in the presence of:
                                NICOLE HENCE, PERSON IN CHARGE
   (1) (Business)  a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AIG SUNAMERICA LIFE ASSURANCE CO., ("AIG SUNAMERICA")
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. JONATHAN SOLIS

               Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*

e. I am: (3) registered California process server
   (i)    Independent Contractor
   (ii)   *Registration No.:*    3477
   (iii)  *County:*             Los Angeles

**First Legal Support Services** inc.
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Tue, Apr. 29, 2008

                                     *(JONATHAN SOLIS)*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.:<br>3309-1 | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: CITY OF OAKLAND, CALIFORNIA |
|---|
| Defendant: AIG FINANCIAL PRODUCTS CORP., et al. |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE
   CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL
   CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT;
   WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
   MAGISTRATE JUDGE FOR TRIAL.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid
   as follows:

   a. Date of Mailing:           Thu., May. 01, 2008
   b. Place of Mailing:          SAN FRANCISCO, CA 94103
   c. Addressed as follows:      AIG SUNAMERICA LIFE ASSURANCE CO., ("AIG SUNAMERICA")
                                 1999 AVENUE OF THE STARS
                                 LOS ANGELES, CA 90067

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal
   Service on Thu., May. 01, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:* 2008-0001044
      *(iii) County:* San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
   *America that the foregoing is true and correct.*

   Date:Tue, Apr. 29, 2008

| Attorney or Party without Attorney:<br><br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

**United States District Court Northern District Of California**

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:          BANK OF AMERICA CORPORATION ("BOA")
   b. Person served:         MARGARET WILSON, AUTHORIZED TO ACCEPT

4. Address where the party was served:    818 W. 7TH STREET
                                          LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 10:40AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BANK OF AMERICA CORPORATION ("BOA")
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  FORREST
   **b. FIRST LEGAL SUPPORT SERVICES**      d. **The Fee for Service was:**
      1511 W. BEVERY BLVD.                  e. I am: (3)  registered California process server
      LOS ANGELES, CA  90071                    (i)   Independent Contractor
   c. 213-250-1111                              (ii)  Registration No.:    5141
                                                (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Tue, Apr. 29, 2008

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000     *FAX No:* 415-956-1008 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

*3. a. Party served:*          BANK OF AMERICA, N.A.("BANA")
   *b. Person served:*       MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

*4. Address where the party was served:*     818 W. 7TH STREET
                                        LOS ANGELES, CA 90017

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 10:40AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* BANK OF AMERICA, N.A.("BANA")
   Under CCP 416.10 (corporation)

*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d.  *The Fee for Service was:*
   **b. FIRST LEGAL SUPPORT SERVICES**       e.  I am: (3) registered California process server
      1511 W. BEVERY BLVD.                         *(i)* Independent Contractor
      LOS ANGELES, CA 90071                       *(ii)  Registration No.:*     5141
   c. 213-250-1111                             *(iii) County:*          Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Apr. 29, 2008

                                                     (DOUG FORREST)

| Attorney or Party without Attorney:<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No. 415-956-1000      FAX No. 415-956-1008 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref No. or File No.:<br>3309-1 | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CITY OF OAKLAND, CALIFORNIA | | | | |
| Defendant: AIG FINANCIAL PRODUCTS CORP., et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT. THE CARTWRIGHT ACT. AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. *a Party served:*
   *b Person served:*

   BEAR STEARNS COMPANIES, INC. ("BEAR STEARNS")
   SCOTT LASCALA, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*   1209 ORANGE STREET
   WILMINGTON, DE 19801

5. *I served the party:*
   a by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10.50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BEAR STEARNS COMPANIES, INC. ("BEAR STEARNS")
   Under CCP 416.70 (ward or conservatee)

7. *Person Who Served Papers:*
   a. JAMES F. PIETSCHMANN

   **First Legal Support Services**
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles. CA 90026
   (213) 250-1111. FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*

   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon. Apr. 28, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL

(JAMES F. PIETSCHMANN)
6475399.lieca-if.129581

| Attorney or Party without Attorney: | | | For Court Use Only: |
|---|---|---|---|
| ERIC B. P. STIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No. 415-956-1000    FAX No. 415-956-1008 | | | |

| Ref. No. or File No.: |
|---|
| 3309-1 |

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. *a. Party served:*               CAIN BROTHERS & COMPANY, LLC ("CAIN")
   *b. Person served:*          FRANIS BURRIS, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*       160 GREENTREE DRIVE<br>                                    SUITE 101<br>                                    DOVER, DE  19904

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 1.30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CAIN BROTHERS & COMPANY, LLC ("CAIN")
   Other:  LIMITED LIABILITY CORPORATION

7. *Person Who Served Papers:*
   a. MICHAEL J. DELLOSE

   d.  *The Fee for Service was:*

   e.  I am: Not a Registered California Process Server

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

**First Legal Support Services**
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Apr. 29, 2008

*(signature)* (MICHAEL J. DELLOSE)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111 | | | |
| Telephone No: 415-956-1000    FAX No: 415-956-1008 | | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 | | |
| Insert name of Court, and Judicial District and Branch Court: | | | |
| United States District Court Northern District Of California | | | |
| Plaintiff: CITY OF OAKLAND, CALIFORNIA | | | |
| Defendant: AIG FINANCIAL PRODUCTS CORP., et al. | | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

| 3. *a. Party served:* | FINANCIAL GUARANTY INSURANCE CO. ("FGIC") |
|---|---|
| *b. Person served:* | BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE |

| 4. *Address where the party was served:* | 2730 GATEWAY OAKS DRIVE<br>SUITE 100<br>SACRAMENTO, CA 95833 |
|---|---|

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:00AM
6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   on behalf of: FINANCIAL GUARANTY INSURANCE CO. ("FGIC")
   Under CCP 416.10 (corporation)
7. *Person Who Served Papers:*
   a. NANCY GRADDY

Recoverable Cost Per CCP 1033.5(a)(4)(B)



First Legal Support Services SM
ATTORNEY SERVICES
1814 "I" STREET
Sacramento, CA 95814
(916) 444-5111, FAX 443-3111

    d. *The Fee for Service was:*

    e. I am: (3) registered California process server
        (i)   Independent Contractor
        (ii)  *Registration No.:*   04-010
        (iii) *County:*   Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Apr. 28, 2008

(NANCY GRADDY)

PROOF OF SERVICE
SUMMONS IN A CIVIL

641/5401.lieca-sf.129687

| Attorney or Party without Attorney:<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000    *FAX No:* 415-956-1008 | For Court Use Only |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA
*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

*3. a. Party served:*                 FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD. ("FSA HOLDINGS")
   *b. Person served:*                BARRY R. SCOTT, AUTHORIZED AGENT FOR SERVICE

*4. Address where the party was served:*    1550 SPEAR TOWER, ONE MARKET
                                      15TH FLOOR
                                      SAN FRANCISCO, CA 94105

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 9:10AM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD. ("FSA HOLDINGS")
   Under CCP 416.10 (corporation)
*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                     d.  *The Fee for Service was:*

   **First Legal Support Services** ℠          e.  I am: (3) registered California process server
   *ATTORNEY SERVICES*                          *(i)*  Independent Contractor
   1138 HOWARD STREET                           *(ii)*  *Registration No.:*       190
   San Francisco, CA 94103                       *(iii)*  *County:*              Marin
   (415) 626-3111, FAX (415) 626-1331

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Apr. 28, 2008

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL | (DOUG SCHROEDER)<br>64/5402.lieca-sf.129689 |
|---|---|---|

| Attorney or Party without Attorney:<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000       FAX No: 415-956-1008 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: CITY OF OAKLAND, CALIFORNIA |
|---|
| Defendant: AIG FINANCIAL PRODUCTS CORP., et al. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

*3. a. Party served:*                FIRST SOUTHWEST COMPANY ("FIRST SOUTHWEST")
   *b. Person served:*           LEIGH JOHNSON, AUTHORIZED AGENT FOR SERVICE

*4. Address where the party was served:*     455 CAPITOL MALL
                                     SUITE 217
                                     SACRAMENTO, CA 95814

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:36AM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FIRST SOUTHWEST COMPANY ("FIRST SOUTHWEST")
   Under CCP 416.10 (corporation)
7. *Person Who Served Papers:*                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI

                                        d. **The Fee for Service was:**

**First Legal Support Services** ℠
ATTORNEY SERVICES
1814 "I" STREET
Sacramento, CA 95814
℠ *(916) 444-5111, FAX 443-3111

                                      e. I am: (3) registered California process server
                                            (i)   Independent Contractor
                                            *(ii)*  *Registration No.:*   2007-37
                                              *(iii) County:*          Sacramento

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Apr. 28, 2008

Judicial Council Form POS-010                    PROOF OF SERVICE                   (EDWARD J. PIERINI)
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL                      645405.lieca-sf.129695

| Attorney or Party without Attorney:<br>ERIC B FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000          FAX No: 415-956-1008 | For Court Use Only |
|---|---|

| Ref. No. or File No.:<br>3309-1 |
|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1  At the time of service I was at least 18 years of age and not a party to this action.

2  I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3  a. Party served:                    GE FUNDING CAPITAL MARKET SERVICES, INC. ("GE FUNDING")
   b. Person served:                   MARY T. DRUMMOND, AUTHORIZED AGENT FOR SERVICE

4  Address where the party was served:     2711 CENTERVILLE ROAD
                                           SUITE 400
                                           WILMINGTON, DE  19808

5  I served the party
   a  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  Fri., Apr. 25, 2008 (2) at: 12.24PM

6  The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GE FUNDING CAPITAL MARKET SERVICES, INC. ("GE FUNDING")
   Under CCP 416.10 (corporation)

7  Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES F PIETSCHMANN

                                         d.  The Fee for Service was:

**First Legal Support Services** inc
   ATTORNEY SERVICES                     e.  I am: Not a Registered California Process Server
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Mon, Apr. 28, 2008

                                                    James F. Pietschman

PROOF OF SERVICE<br>SUMMONS IN A CIVIL                (JAMES F. PIETSCHMANN)        6413.309.uoca-sf.129724

| Attorney or Party without Attorney: ERIC B. FASTIFF  LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP  275 BATTERY STREET  30th FLOOR  SAN FRANCISCO, CA 94111  Telephone No: 415-956-1000    FAX No: 415-956-1008 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.: 3309-1 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

**United States District Court Northern District Of California**

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

*3. a. Party served:*  GEORGE K. BAUM & COMPANY ("BAUM")
   *b. Person served:*  DENAL LA PORTA, AUTHORIZED TO ACCEPT

*4. Address where the party was served:*  2030 MAIN STREET
   IRVINE, CA 92605

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 2:46PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* GEORGE K. BAUM & COMPANY ("BAUM")
   Under CCP 416.10 (corporation)

*7. **Person Who Served Papers:***
   a. JIM MURRAY



Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d.  *The Fee for Service was:*
   e.  I am: (3) registered California process server
      *(i)*   Independent Contractor
      *(ii)*  *Registration No.:*   2063
      *(iii)* *County:*   Orange

**First Legal Support Services** SM
ATTORNEY SERVICES
301 CIVIC CENTER DR. WEST
Santa Ana, CA 92701
(714) 541-1110, FAX (714) 541-8182

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Mon, Apr. 28, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL

JIM MURRAY

6415135.lieca-sf.129838

TOTAL P.02

| | | For Court Use Only |
|---|---|---|
| Attorney or Party without Attorney:<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. *Party served:*   INVESTMENT MANAGEMENT ADIVORY GROUP, INC. ("IMAGE")
   b. *Person served:*   DAVID J. ECKHART, AGENT FOR SERVICE

4. *Address where the party was served:*   856 VAUGHNN ROAD
POTTSTOWN, PA 19465

5. *I served the party:*
   b. by substituted service.  On: Fri., Apr. 25, 2008 at: 1:00PM by leaving the copies with or in the presence of:
   ELAINE GREER, ASSISTANT VICE PRESIDENT

   (1) (Business)  a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: INVESTMENT MANAGEMENT ADIVORY GROUP, INC. ("IMAGE")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KENDRA DAY                          d.  *The Fee for Service was:*

   **First Legal Support Services**
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-5182

   e.  I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Apr. 28, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE          *Kendra Day*
                                   SUMMONS IN A CIVIL          (KENDRA DAY)          fi415436.lieco-af.129842

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000      *FAX No:* 415-956-1008 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

| *3. a. Party served:* | JP MORGAN CHASE & CO. ("JPMORGAN") |
|---|---|
| *b. Person served:* | MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE |

| *4. Address where the party was served:* | 818 W. 7TH STREET<br>LOS ANGELES, CA 90017 |
|---|---|

*5. I served the party:*

   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 10:40AM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*

   *on behalf of:* JP MORGAN CHASE & CO. ("JPMORGAN")

   Under CCP 416.10 (corporation)

7.  *Person Who Served Papers:*

   a. DOUG FORREST

   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071

   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d.  *The Fee for Service was:*

   e.  I am: (3)  registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*     5141
      (iii) *County:*              Los Angeles

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Tue, Apr. 29, 2008

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000     *FAX No:* 415-956-1008 | *For Court Use Only* |

| | |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

| | | |
|---|---|---|
| *3. a. Party served:*<br> *b. Person served:* | | KINSELL NEWCOMB & DEDIOS INC. ("KND")<br>JEFFREY KINSELL, AGENT FOR SERVICE |
| *4. Address where the party was served:* | | 2776 GATEWAY ROAD<br>CARLSBAD, CA 92008 |

*5. I served the party:*

   **b. by substituted service.**  On: Fri., Apr. 25, 2008 at: 2:40PM by leaving the copies with or in the presence of:
   PAM CINQUE, ATTORNEY/AUTHORIZED TO ACCEPT

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   on behalf of: KINSELL NEWCOMB & DEDIOS INC. ("KND")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. K. WYSONG

First Legal Support Services SM
ATTORNEY SERVICES
1111 6TH AVENUE, SUITE 204
San Diego, CA 92101
(619) 231-9111, FAX (619) 231-1361

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee for Service was:*

e.  I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 879
   *(iii) County:* San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Apr. 28, 2008

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL**

(K. WYSONG)

6415413.lisco-sf.129742

| Attorney or Party without Attorney: | | | | For Court Use Only. |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000     FAX No: 415-956-1008 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.:<br>3309-1 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CITY OF OAKLAND, CALIFORNIA | | | | |
| Defendant: AIG FINANCIAL PRODUCTS CORP., et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Mon., Apr. 28, 2008
   b. Place of Mailing:         SAN FRANCISCO, CA 94103
   c. Addressed as follows:     KINSELL NEWCOMB & DEDIOS INC. ("KND")
                                2776 GATEWAY ROAD
                                CARLSBAD, CA 92008

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Apr. 28, 2008 in the ordinary course of business.

5. Person Serving:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                          d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES          e. I am: (3) registered California process server
      1138 HOWARD STREET                       (i)    Independent Contractor
      SAN FRANCISCO, CA 94103                  (ii)   Registration No.:    2008-0001044
   c. 415-626-3111                              (iii)  County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon., Apr. 28, 2008

Judicial Council Form POS-010                  PROOF OF SERVICE                              (AARON DANIEL)
Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail                              6415413.lieca-sf.129742

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>**ERIC B. FASTIFF**<br>**LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP**<br>**275 BATTERY STREET**<br>**30th FLOOR**<br>**SAN FRANCISCO, CA 94111**<br>*Telephone No:* 415-956-1000    *FAX No:* 415-956-1008 | |

*Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. *Party served:*         LEHMAN BROTHERS INC. ("LEHMAN BROTHERS")
   b. *Person served:*      BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*      2730 GATEWAY OAKS DRIVE
                                           SUITE
                                           SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LEHMAN BROTHERS INC. ("LEHMAN BROTHERS")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY GRADDY

   **First Legal Support Services** ®
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   d. *The Fee for Service was:*

   e. I am: (3)  registered California process server
          (i)    Independent Contractor
          (ii)   *Registration No.:*     04-010
          (iii)   *County:*             Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Apr. 28, 2008

         PROOF OF SERVICE<br>         SUMMONS IN A CIVIL              (NANCY GRADDY)
                                                           6415314.lieca-sf.129748

| *Attorney or Party without Attorney:*<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No.* 415-956-1000     *FAX No.* 415-956-1008 | *For Court Use Only* |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1  At the time of service I was at least 18 years of age and not a party to this action.

2  I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE
   CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE
   MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME
   TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR
   TRIAL.

3  *a. Party served:*                          MERRILL LYNCH & CO. INC. ("MERRILL LYNCH")
   *b. Person served:*                         SCOTT LASCALA, AUTHORIZED AGENT FOR SERVICE

4  *Address where the party was served:*       1209 ORANGE STREET
                                               WILMINGTON, DE 19801

5  *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:50AM

6  The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MERRILL LYNCH & CO. INC. ("MERRILL LYNCH")
   Under CCP 416.10 (corporation)

7  *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a  JAMES F. PIETSCHMANN                         d.  *The Fee for Service was:*

   **First Legal Support Services**             e.  I am: Not a Registered California Process Server
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.*

   Date: Mon, Apr. 28, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL                          *(JAMES F. PIETSCHMANN)*
                                                         fast3415.lleco-sf.129750

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000       *FAX No:* 415-956-1008 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 | |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3.  a. *Party served:*          MORGAN KEEGAN & CO., INC. ("MORGAN KEEGAN")
    b. *Person served:*         MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*          818 W. 7TH STREET
                                                   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 10:40AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MORGAN KEEGAN & CO., INC. ("MORGAN KEEGAN")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. DOUG FORREST
   **b. FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

   *Recoverable Cost Per CCP 1033.5(a)(4)(B)*

   d.  *The Fee for Service was:*
   e.  I am: (3)  registered California process server
       (i)   Independent Contractor
       (ii)  *Registration No.:*    5141
       (iii) *County:*              Los Angeles

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:Tue, Apr. 29, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL

(DOUG FORREST)

6415437.lieca-sf.129849

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111 | | | | |
| *Telephone No:* 415-956-1000     *FAX No:* 415-956-1008 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>3309-1 | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEI |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW, CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES, ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S DISTRICT COURT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. a. *Party served:*                MORGAN STANLEY ("MORGAN STANLEY")
   b. *Person served:*           SCOTT LASCALA, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*     1209 ORANGE STREET
                                       WILMINGTON, DE  19801

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:50AM

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   on behalf of: MORGAN STANLEY ("MORGAN STANLEY")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. JAMES F. PIETSCHMANN

                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)

    First Legal Support Services m
    ATTORNEY SERVICES
    1511 BEVERLY BOULEVARD
    Los Angeles, CA 90026
    (213) 250-1111, FAX (213) 250-1197

d. *The Fee for Service was:*

c. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Mon, Apr. 28, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL

*(JAMES F. PIETSCHMANN)*

6913917.hoca-sf.129772

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000    *FAX No:* 415-956-1008 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3309-1 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

  United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

*3. a. Party served:*    PIPER JAFFRAY & CO. ("PIPER JAFFRAY")
  *b. Person served:*    MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

*4. Address where the party was served:*    818 W. 7TH STREET
                                            LOS ANGELES, CA 90017

*5. I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 28, 2008 (2) at: 10:40AM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
  *on behalf of:* PIPER JAFFRAY & CO. ("PIPER JAFFRAY")
    Under CCP 416.10 (corporation)

*7. Person Who Served Papers:*
  a. DOUG FORREST
  **b. FIRST LEGAL SUPPORT SERVICES**
    1511 W. BEVERY BLVD.
    LOS ANGELES, CA 90071
  c. 213-250-1111

*Recoverable Cost Per CCP 1033.5(a)(4)(B)*
  d. *The Fee for Service was:*
  e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  *Registration No.:*    5141
       (iii) *County:*              Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

  Date:Tue, Apr. 29, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL
(DOUG FORREST)
*6415418.lieca-sf.129787*

05/02/2008 TO 40 FAX @002/002

TOTAL P.02

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000  FAX No: 415-956-1008 | | | | |

Ref. No. or File No.: 3309-1

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:  SHOCKLEY FINANCIAL CORP. ("SHOCKLEY")
   b. Person served:  PAM TRUJILLO, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served.  1560 BROADWAY
   SUITE 2090
   DENVER, CO 80203

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SHOCKLEY FINANCIAL CORP. ("SHOCKLEY")
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. LEE WILSON

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. The Fee for Service was:

e. I am: Not a Registered California Process Server



First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197



8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Mon, Apr. 28, 2008

LEE WILSON

Judicial Council Form POS-010
Rule 2.150(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(LEE WILSON)
6415439 lecca-sf.129851

TOTAL P.02

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000       *FAX No:* 415-956-1008 | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:*<br>3309-1 | |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA
*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. *Party served:*          SOUND CAPITAL MANAGEMENT, INC. ("SOUND CAPITAL")
   b. *Person served:*        JOHN TREFETHEN, CHEIF FINANCIAL OFFICER

4. *Address where the party was served:*        6400 FLYING CLOUD DRIVE
   SUITE 200
   EDEN PRAIRIE, MN 55344

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 11:00AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   on behalf of: SOUND CAPITAL MANAGEMENT, INC. ("SOUND CAPITAL")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EUGENE ANDERSON

   First Legal Support Services<br>ATTORNEY SERVICES<br>1511 BEVERLY BOULEVARD<br>Los Angeles, CA 90026<br>(213) 250-1111, FAX (213) 250-1197

        d.  *The Fee for Service was:*

        e.  I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Apr. 28, 2008

Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE<br>SUMMONS IN A CIVIL

(EUGENE ANDERSON)

6475425.base-cf.129820

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000        FAX No: 415-956-1008 | | | | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:* 3309-1

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. *Party served:*          TRINITY FUNDING COMPANY, LLC ("GE TRINITY")
   b. *Person served:*         AIXA FLORES, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*    111 EIGHTH AVENUE
                                            NEW YORK, NY 10022

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 1:44PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: TRINITY FUNDING COMPANY, LLC ("GE TRINITY")
   Other: A NEW YORK LIMITED LIABILITY CORPORATION

7. *Person Who Served Papers:*
   a. CASWELL BRYAN

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*

   e. I am: Not a Registered California Process Server

   **First Legal Support Services**
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Apr. 28, 2008

   *(signature)*
   (CASWELL BRYAN)

| Attorney or Party without Attorney:<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000     FAX No: 415-956-1008 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

| | | |
|---|---|---|
| *3. a. Party served:* | | UBS FINANCIAL SERVICES INC. ("UBS FINANCIAL") |
| *b. Person served:* | | BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE |
| *4. Address where the party was served:* | | 2730 GATEWAY OAKS DRIVE<br>SUITE 100<br>SACRAMENTO, CA 95833 |

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:00AM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* UBS FINANCIAL SERVICES INC. ("UBS FINANCIAL")
   Under CCP 416.10 (corporation)

*7. Person Who Served Papers:*
   a. NANCY GRADDY

**First Legal Support Services** sm
ATTORNEY SERVICES
1814 "I" STREET
Sacramento, CA 95814
(916) 444-5111, FAX 443-3111

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee for Service was:*

e.  I am: (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*  *Registration No.:*    04-010
   *(iii)* *County:*              Placer

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Apr. 28, 2008

(NANCY GRADDY)

PROOF OF SERVICE
SUMMONS IN A CIVIL

6419422.lieca-sf.129800

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA  94111 | | | | |
| *Telephone No:* 415-956-1000        *FAX No:* 415-956-1008 | | | | |
| *Attorney for:* **Plaintiff** | | *Ref. No. or File No.:*<br>3309-1 | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| United States District Court Northern District Of California | | | | |
| *Plaintiff:* CITY OF OAKLAND, CALIFORNIA | | | | |
| *Defendant:* AIG FINANCIAL PRODUCTS CORP., et al. | | | | |
| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW;  CIVIL COVER SHEET;  ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES;  ECF REGISTRATION INFORMATION HANDOUT;  WELCOME TO THE U.S. DISTRICT COURT;  NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. *a. Party served:*
   *b. Person served:*

   UBS SECURITIES LLC, formerly known as UBS WARBUG LLC
   BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*

   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA  95833

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:00AM

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   on behalf of: UBS SECURITIES LLC, formerly known as UBS WARBUG LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY GRADDY
                                                      d. **The Fee for Service was:**
                                                      e. I am: (3) registered California process server
   First Legal Support Services                              *(i)*    Independent Contractor
   ATTORNEY SERVICES                                         *(ii)   Registration No.:*    04-010
   1814 "I" STREET                                           *(iii)  County:*             Placer
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Mon, Apr. 28, 2008

Judicial Council Form POS-010                  PROOF OF SERVICE                      (NANCY GRADDY)
Rule 2.150.(a)&(b) Rev January 1, 2007         SUMMONS IN A CIVIL                    3415421.lieca-sf.129794

TOTAL P.02

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | |

| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA

Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. *Party served:*              WACHOVIA BANK, N.A. ("WACHOVIA N.A.")
   b. *Person served:*            HEATHER HUGHES, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*        327 HILLSBOROUGH STREET
                                                RALEIGH, NC 27603

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 3:15PM

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   on behalf of: WACHOVIA BANK, N.A. ("WACHOVIA N.A.")
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JENNIFER TAYLOR

                                           d.  *The Fee for Service was:*

   First Legal Support Services             e.  I am: Not a Registered California Process Server
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111; FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Apr. 28, 2008

   Judicial Council Form POS-010                    PROOF OF SERVICE              *(signature)* (JENNIFER TAYLOR)
   Rule 2.150.(a)&(b) Rev January 1, 2007           SUMMONS IN A CIVIL           9615.423.lieca-cf.129801

MAY-01-2008  12:42     FIRST LEGAL SF     415 626 4138     P.02/02

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000    *FAX No:* 415-956-1008 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>3309-1 | | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern Judicial District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

*3. a. Party served:*    WINTERS & CO. ADVISORS, LLC ("WINTERS")
*b. Person served:*    DAVID ADELMAN, AUTHORIZED AGENT FOR SERVICE

*4. Address where the party was served:*    16000 VENTURA BLVD.
SUITE 1000
ENCINO, CA 91436

*5. I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 29, 2008 (2) at: 11:50AM
6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
*on behalf of:* WINTERS & CO. ADVISORS, LLC ("WINTERS")
*Other:* A CALIFORNIA LIMITED LIABILITY COMPANY

*7. Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
a. OMAR SHAMMOUT    d. *The Fee for Service was:*
e. I am: (3) registered California process server

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

(i)    Independent Contractor
(ii)    *Registration No.:*    3160
(iii)    *County:*    Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Thu, May. 01, 2008

PROOF OF SERVICE<br>SUMMONS IN A CIVIL    (OMAR SHAMMOUT)    *6475416.lieca-sf.129754*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111 | | | | |
| *Telephone No:* 415-956-1000    *FAX: No:* 415-956-1008 | *Ref. No or File No.:*<br>3309-1 | | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CITY OF OAKLAND, CALIFORNIA

*Defendant:* AIG FINANCIAL PRODUCTS CORP., et al.

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. I, OMAR SHAMMOUT, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WINTERS & CO. ADVISORS, LLC ("WINTERS") as follows:

2. *Documents:* **Summons In A Civil Action Complaint For Violations Of The Sherman Act, The Cartwright Act, And The Unfair Competition Law; Civil Cover Sheet; Order Setting Initial Case Managment Confernece And Adr Deadlines; Ecf Registration Information Handout; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial.**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/28/08 | 4:25pm | Business | THIS SUITE DOES NOT EXIST. THE COMPANY IS NOT LISTED ON THE DIRECTORY. Attempt made by: OMAR SHAMMOUT. Attempt at: 16000 VENTURA BLVD. SUITE 217 ENCINO CA 91436. |
| Tue | 04/29/08 | 11:50am | Business | Personal Service on: WINTERS & CO. ADVISORS, LLC ("WINTERS") Business - 16000 VENTURA BLVD. SUITE 1000 ENCINO, CA. 91436 by Serving: DAVID ADELMAN, AUTHORIZED AGENT FOR SERVICE. Served by: OMAR SHAMMOUT |

3. *Person Executing*
   a. OMAR SHAMMOUT
   **b. FIRST LEGAL SUPPORT SERVICES**
      1511 WEST BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. 213-250-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)

d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*    3160
   (iii) *County:*    Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

| Attorney or Party without Attorney:<br>ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | For Court Use Only |
|---|---|

| Ref. No. or File No.:<br>3309-1 |
|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
__United States District Court Northern District Of California__

Plaintiff: CITY OF OAKLAND, CALIFORNIA
Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div.: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:      XL ASSET FUNDING 1, LLC ("XLAF")
   b. Person served:     SCOTT LASCALA, AUTHORIZED TO ACCEPT

4. Address where the party was served:  1209 ORANGE STREET
                                        WILMINGTON, DE 19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: XL ASSET FUNDING 1, LLC ("XLAF")
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES F. PIETSCHMANN          d. The Fee for Service was:

   **First Legal Support Services**             c. I am: Not a Registered California Process Server
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon. Apr. 28, 2008

                                              _James F. Pietschmann_
Judicial Council Form POS-010          PROOF OF SERVICE         (JAMES F. PIETSCHMANN)
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL