| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CITY OF OAKLAND, CALIFORNIA | | |
| Defendant: AIG FINANCIAL PRODUCTS CORP., et al. | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date:   Time:   Dept/Div: | Case Number:<br>CV 08 2116 MEJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served: WOCHOVIA CORPORATION ("WACHOVIA")

4. Address where the party was served: 100 NORTH MAIN STREET
   WINSTON-SALEM, NC 27101

5. I served the party:
   b. by substituted service. On: Mon., Apr. 28, 2008 at: 2:10PM by leaving the copies with or in the presence of:
   TREY HOWE, FINANCE MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WOCHOVIA CORPORATION ("WACHOVIA")
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KENNETH KLEIN
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Apr. 29, 2008

   Judicial Council Form POS-010       PROOF OF SERVICE             (KENNETH KLEIN)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL
                                                                    6415424.lleca-sf.129811