| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA
Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:        FELD WINTERS FINANCIAL, LLC ("FELD WINTERS")
   b. Person served:      JEFFREY FELD, AGENT FOR SERVICE

4. Address where the party was served:   15360 VENTURA BLVD
                                          SUITE 2220
                                          SHERMAN OAKS, CA  91403

5. I served the party:
   b. by substituted service. On: Tue., Apr. 29, 2008 at: 4:10PM by leaving the copies with or in the presence of:
      JENNIFER MALEK, SECRETARY
      (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FELD WINTERS FINANCIAL, LLC ("FELD WINTERS")
   Other: LIMITED LIABILITY CORPORATION

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OMAR SHAMMOUT                       d. The Fee for Service was:

   First Legal Support Services            e. I am: (3) registered California process server
   ATTORNEY SERVICES                              (i) Independent Contractor
   1511 BEVERLY BOULEVARD                         (ii) Registration No.:    3160
   Los Angeles, CA 90026                          (iii) County:              Los Angeles
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Apr. 30, 2008

Judicial Council Form POS-010             PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                    (OMAR SHAMMOUT)
                                                                                6415434.lieca-sf.129835

| Attorney or Party without Attorney: ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: 3309-1 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA
Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 2116 MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:       Wed., Apr. 30, 2008
   b. Place of Mailing:      SAN FRANCISCO, CA 94103
   c. Addressed as follows:  FELD WINTERS FINANCIAL, LLC ("FELD WINTERS")
                             15360 VENTURA BLVD
                             SUITE 2220
                             SHERMAN OAKS, CA 91403

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Apr. 30, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.: 2008-0001044
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Apr. 30, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   AARON DANIEL
   6415434.lieca-sf.129835