1 | John A. Russo, City Attorney (SBN 063203)
*jrusso@oaklandcityattorney.org*
2 | Barbara Parker, Chief Asst. City Attorney (SBN 069722)
*bparker@oaklandcityattorney.org*
3 | Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
*mmorodomi@oaklandcityattorney.org*
4 | Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
*ksalemboyd@oaklandcityattorney.org*
5 | CITY OF OAKLAND, CALIFORNIA
One Frank H. Ogawa Plaza, 6th Floor
6 | Oakland, California 94612
Telephone:    (510) 238-3034
7 | Facsimile:    (510) 238-6500

8 | [Additional Counsel Listed on Signature Page]

9 | *Attorneys for Individual and Representative Plaintiff
City of Oakland, California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all other similarly situated, | Case No. CV-08-2116-JSW |
|---|---|
| Plaintiff, | **PLAINTIFF CITY OF OAKLAND, CALIFORNIA'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |
| v. | |
| AIG FINANCIAL PRODUCTS CORP., *et al.* | The Honorable Jeffrey S. White |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that *City of Oakland, California v. AIG Financial Products Corp., et al.*, N.D.Cal. Case No. CV-08-2116-JSW involves all or a material part of the same subject matter and substantially the same parties as the following actions pending in other federal district courts:

- *Fairfax County, Virginia, et al. v. Wachovia Bank, N.A., et al.,* D.D.C. Case No. 1:08-cv-00432 (JR) ("*Fairfax I*") and *Fairfax County, Virginia, et al. v. Bank of America, N.A.*, D.D.C. Case No. 1:08-cv-00433 (JR) ("*Fairfax II*"), are class actions involving claims that derivative issuers and brokers violated Section 1 of the Sherman Act by conspiring to rig bids. Seven municipal and state government entities filed both actions; three plaintiffs subsequently withdrew from *Fairfax I* and one withdrew from *Fairfax II*. Almost all of the *Fairfax I* named defendants are also defendants in *City of Oakland*. In *Fairfax II*, the sole defendant is Bank of America, N.A., also a defendant in *City of Oakland*.

- *Hinds County, Mississippi v. Wachovia Bank, N.A, et al.*, S.D.N.Y. Case No. 08-cv-2516 (LTS), is a class action involving claims that derivative issuers and brokers violated Section 1 of the Sherman Act by conspiring to rig bids. Almost all of the named defendants are also defendants in *City of Oakland*.

- *Haywood County, Tennessee v. Bank of America, N.A., et al.*, S.D.N.Y. Case No. 08-cv-3002 (LTS), is a class action involving claims that derivative issuers and brokers violated Section 1 of the Sherman Act by conspiring to rig bids. Each named defendant is also a defendant in *City of Oakland*.

Plaintiff City of Oakland believes that transfer may be effected pursuant to 28 U.S.C. § 1407 (Multi-District Litigation Procedures). Fairfax County moved to transfer related actions to the District of Columbia. (Revised Mot. to Transfer, *In Re: Municipal Derivatives Antitrust Litigation*, MDL No. 1950 (J.P.M.L. filed Mar. 19, 2008)). The *Fairfax I* defendants advocate transfer to the Southern District of New York. (Resp. to Revised Mot. for Transfer,

(filed Apr. 16, 2008)).  Oakland filed a memorandum requesting transfer to the Northern District of California.  (Interested Party Response of City of Oakland (filed May 6, 2008)).

Dated: May 8, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Eric B. Fastiff*
      Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

John A. Russo, City Attorney (SBN 063203)
*jrusso@oaklandcityattorney.org*
Barbara Parker, Chief Asst. City Attorney (SBN 069722)
*bparker@oaklandcityattorney.org*
Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
*mmorodomi@oaklandcityattorney.org*
Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
*ksalemboyd@oaklandcityattorney.org*
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-3034
Facsimile:  (510) 238-6500

James A. Quadra (SBN 131084)
*quadra@meqlaw.com*
Sylvia Sokol (SBN 200126)
*sokol@meqlaw.com*
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

1  Steven E. Fineman (SBN 140335)
   *sfineman@lchb.com*
2  Daniel E. Seltz
   *dseltz@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
4  New York, NY  10017
   Telephone:    (212) 355-9500
5  Facsimile:    (212) 355-9592

6  *Attorneys for Individual and Representative Plaintiff
   City of Oakland, California*

760346.1

-4-

NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING
CASE NO. CV-08-2116 – JSW