John A. Russo, City Attorney (SBN 063203)
*jrusso@oaklandcityattorney.org*
Barbara Parker, Chief Asst. City Attorney (SBN 069722)
*bparker@oaklandcityattorney.org*
Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
*mmorodomi@oaklandcityattorney.org*
Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
*ksalemboyd@oaklandcityattorney.org*
CITY OF OAKLAND, CALIFORNIA
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:    (510) 238-3034
Facsimile:     (510) 238-6500

*Attorneys for Individual and Representative Plaintiff
City of Oakland, California*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*,<br><br>Defendants. | Case No. CV-08-02116-JSW<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE BY U.S. MAIL** |

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen (18) years and not a party to the within action; my business address is 275 Battery Street, San Francisco, California 94111-3339.

I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid thereon the same day as the day of collection in the ordinary course of

1  business.

2  On May 8, 2008, I served copies of the following document:

4  **(1)   NOTICE OF ERRATUM and [CORRECTED] COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW;**

6  **(2)   PLAINTIFF CITY OF OAKLAND, CALIFORNIA'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13; and**

8  **(3)   PROOF OF SERVICE VIA U.S. MAIL**

9  upon the parties listed below via U.S. Mail as follows:

KATHLEEN SALEM-BOYD
CITY OF OAKLAND, CALIFORNIA
ONE FRANK H. OGAWA PLAZA
6TH FLOOR
OAKLAND, CA  94612

SYLVIA SOKOL
MOSCONE EMBLIDGE & QUADRA, LLP
220 MONTGOMERY STREET
SUITE 2100
SAN FRANCISCO, CA  94104-4238

**AND**

[**SEE ATTACHED LIST**]

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, Ca0lifornia on May 8, 2008.

RIZALINO ALTARES