Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
City of Oakland, California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*,<br><br>Defendants. | Case No. CV-08-02116-JSW<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE BY EMAIL AND U.S. MAIL** |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339.

I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for collection and processing of documents for service via email, and that practice is that the documents are attached to an email and sent to the recipient's email account the same day as the date listed on this Proof of Service.

I am also readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for collection and processing of documents for mailing with the United States Postal

1   Service, and that practice is that the documents are deposited with the United States Postal
2   Service with postage fully prepaid thereon the same day as the day of collection in the ordinary
3   course of business.
4       On May 13, 2008, I served copies of the following document:
5       (1)    **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT,** and
7       (2)    **PROOF OF SERVICE VIA EMAIL AND U.S. MAIL.**
8   upon the parties listed below via U.S. Mail as follows:
9       **[SEE ATTACHED LIST]**
10      I declare under penalty of perjury that the foregoing is true and correct. Executed
11  in San Francisco, California on May 13, 2008.

13                                          /s/ *Eric B. Fastiff*
14                                         ERIC B. FASTIFF

FELD WINTERS FINANCIAL
FELD WINTERS FINANCIAL
15260 VENTURA BLVD.
SUITE 2220
SHERMAN OAKS, CA 91403
COUNSEL FOR FELD WINTERS FINANCIAL, LLC

PIPER JAFFRAY & CO.
PIPER JAFFRAY & CO.
800 NICOLLET MALL
SUITE 800
MINNEAPOLIS, MN 55402-7020
COUNSEL FOR PIPER JAFFREY & CO.

SHOCKLEY FINANCIAL CORP.
SHOCKLEY FINANCIAL CORP.
2229 SOUTH JOLIET WAY
AURORA, MN 80014
COUNSEL FOR SHOCKLEY FINANCIAL CORP.

RICHARD W. BECKLER
HOWREY, SIMON, ARNOLD & WHITE, LLP
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2402
PHONE: (202) 783-0800  (202) 383-6673
FAX: (202) 383-6610
EMAIL: becklerr@howrey.com
COUNSEL FOR CDR FINANCIAL PRODUCTS

JOSEPH J. BIAL
CADWALADER, WICKERSHAM & TAFT LLP
1201 F STREET, N.W.
WASHINGTON, DC 20004
PHONE: (202) 862-2200
FAX: (202) 862-2400
EMAIL: joseph.bial@cwt.com
COUNSEL FOR FINANCIAL SECURITY ASSURANCE
HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.

PAUL M. ECKLES
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 735-3000
FAX: (212) 735-2000
EMAIL: paul.eckles@skadden.com
COUNSEL FOR MORGAN STANLEY

JON R. FETTEROLF
WILLIAMS & CONNOLLY LLP
EDWARD BENNETT WILLIAMS BLDG.
725 TWELFTH STREET, N.W.
WASHINGTON, DC 20005
PHONE: (202) 434-5000
FAX: (202) 434-5029
EMAIL: jfetterolf@wc.com
COUNSEL FOR UBS AG

NATIONAL WESTMINSTER BANK
NATIONAL WESTMINSTER BANK
135 BISHOPSGATE
LONDON
ENGLAND EC2M 3 UR
COUNSEL FOR NATIONAL WESTMINSTER BANK PLC

SECURITY CAPITAL
SECURITY CAPITAL
A.S. COOPER BUILDING
26 REID STREET, 4TH FLOOR
HAMILTON HM 11, BERMUDA
COUNSEL FOR SECURITY CAPITAL ASSURANCE, INC.

WINTERS & CO. ADVISORS
WINTERS & CO. ADVISORS
11845 WEST OLYMPIC BLVD
SUITE 540
LOS ANGELES, CA 90064
COUNSEL FOR WINTERS & CO. ADVISORS, LLC

JOHN E. BEERBOWER
CRAVATH, SWAINE & MOORE LLP
825 EIGHTH AVENUE
WORLDWIDE PLAZA
NEW YORK, NY 10019
PHONE: (212) 474-1000
FAX: (212) 474-3700
EMAIL: jbeerbower@cravath.com
COUNSEL FOR FINANCIAL GUARANTY INSURANCE CO.

JOEL DAVIDOW
KILE GOEKJIAN REED & MCMANUS PLLC
1200 NEW HAMPSHIRE AVENUE, N.W.
SUITE 570
WASHINGTON, DC 20036
PHONE: (202) 659-8000
FAX: (202) 659-8822
EMAIL: jdavidow@kgrmlaw.com
COUNSEL FOR BERKELEY COUNTY, SOUTH CAROLINA;
CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH
CAROLINA; CITY OF FALL RIVER, MASSACHUSETTS

JOSEPH DOWELL EDMONDSON, JR.
FOLEY & LARDNER LLP
3000 K STREET, N.W.
WASHINGTON, DC 20007-5109
PHONE: (212) 672-5300
FAX: (202) 672-5399
EMAIL: jedmondson@foley.com
COUNSEL FOR MORGAN KEEGAN & CO.

NEIL K. GILMAN
HUNTON & WILLIAMS
1900 K STREET, N.W.
WASHINGTON, DC 20006
PHONE: (202) 955-1500
FAX: (202) 778-2201
EMAIL: ngilman@hunton.com
COUNSEL FOR GENWORTH FINANCIAL, INC.

TIMOTHY E. HOEFFNER
SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
PHONE: (215) 972-7777
FAX: (215) 972-7725
EMAIL: thoeffner@saul.com
COUNSEL FOR INVESTMENT MANAGEMENT ADVISORY GROUP, INC.

JOHN W. LUNDQUIST
FREDRIKSON & BYRON, P.A.
200 SOUTH SIXTH STREET
SUITE 4000
MINNEAPOLIS, MN 55402-1425
PHONE: (612) 492-7000
FAX: (612) 492-7077
EMAIL: jlundquist@fredlaw.com
COUNSEL FOR SOUND CAPITAL MANAGEMENT, INC.

JOHN V. MCDERMOTT
HOLME ROBERTS & OWEN LLP
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203-4541
PHONE: (303) 861-7000
FAX: (303) 866-0200
EMAIL: john.mcdermott@hro.com
COUNSEL FOR GEORGE K. BAUM & CO.

ROLAND G. RIOPELLE
SERCARZ & RIOPELLE, LLP
CARNEGIE HALL TOWER
152 WEST 57TH STREET
NEW YORK, NY 10019
PHONE: (212) 586-4900
FAX: (212) 586-1234
EMAIL: rriopelle@sercarzandriopelle.com
COUNSEL FOR HINDS COUNTY, MISSISSIPPI

THORN ROSENTHAL
CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702
PHONE: (212) 701-3000
FAX: (212) 269-5420
EMAIL: trosenthal@cahill.com
COUNSEL FOR XL ASSET FUNDING COMPANY I, LLC (erroneously sued as XL Asset Funding); XL LIFE INSURANCE & ANNUITY CO.

MOSES SILVERMAN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
PHONE: (212) 373-3000
FAX: (212) 757-3990
EMAIL: msilverman@paulweiss.com
COUNSEL FOR LEHMAN BROTHERS, INC.

HOWARD J. KAPLAN
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10022
PHONE: (212) 333-0200
FAX: (212) 333-2350
EMAIL: hkaplan@arkin-law.com
COUNSEL FOR CAIN BROTHERS & CO., LLC

AARON R. MARCU
COVINGTON & BURLING LLP
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
PHONE: (212) 841-1000
FAX: (212) 841-1010
EMAIL: amarcu@cov.com
COUNSEL FOR BEAR STEARNS & CO., INC.

THOMAS C. RICE
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017
PHONE: (212) 455-2000
FAX: (212) 455-2502
EMAIL: trice@stblaw.com
COUNSEL FOR JP MORGAN CHASE & CO.

BRIAN E. ROBISON
VINSON & ELKINS
3700 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201-2975
PHONE: (214) 220-7770
FAX: (214) 999-7770
EMAIL: brobison@velaw.com
COUNSEL FOR FIRST SOUTHWEST CO.

GEORGE R. SERDAR
MESSERLI & KRAMER P.A.
1800 FIFTH STREET TOWERS
150 SOUTH FIFTH STREET
MINNEAPOLIS, MN 55402
PHONE: (612) 672-3600
FAX: (612) 672-3777
EMAIL: gserdar@messerlikramer.com
COUNSEL FOR KINSELL NEWCOMB & DE DIOS, INC.

EDWARD M. SPIRO
MORVILLO, ABRAMOWITZ, GRAND, IASON ET AL.
565 FIFTH AVENUE
NEW YORK, NY 10017
PHONE: (212) 856-9600
FAX: (212) 856-9494
EMAIL: espiro@maglaw.com
COUNSEL FOR MERRILL LYNCH & CO.; MERRILL LYNCH & CO., INC.

KEVIN R. SULLIVAN
KING & SPALDING
1700 PENNSYLVANIA AVENUE, N.W.
SUITE 200
WASHINGTON, DC 20006-2706
PHONE: (202) 737-0500
FAX: (202) 626-3737
EMAIL: ksullivan@kslaw.com
COUNSEL FOR BANK OF AMERICA; BANK OF AMERICA, N.A.

DOUGLAS L. WALD
ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, DC 20004-1202
PHONE: (202) 942-5000
FAX: (202) 942-5999
EMAIL: douglas.wald@aporter.com
COUNSEL FOR GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC

BURTON W. WIAND
FOWLER WHITE BOGGS BANKER P.A
501 E. KENNEDY BLVD.
SUITE 1700
TAMPA, FL 33602
PHONE: (813) 228-7411
FAX: (813) 229-8313
EMAIL: bwiand@fowlerwhite.com
COUNSEL FOR PACKERKISS SECURITIES, INC.

DAVID B. TULCHIN
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004-2498
PHONE: (212) 558-4000
FAX: (212) 558-3588
EMAIL: tulchind@sullcrom.com
COUNSEL FOR WACHOVIA BANK, N.A.

MICHAEL O. WARE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820
PHONE: (212) 506-2500
FAX: (212) 262-1910
EMAIL: mware@mayerbrown.com
COUNSEL FOR SOCIETE GENERALE SA

RICHARD B. ZABEL
AKIN GUMP STRAUSS HAUER & FELD LLP
590 MADISON AVENUE
NEW YORK, NY 10022
PHONE: (212) 872-1000
FAX: (212) 872-1002
EMAIL: rzabel@akingump.com
COUNSEL FOR AIG FINANCIAL CORP.; AIG SUN AMERICA LIFE ASSURANCE CO.