LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

ERIC B. FASTIFF
PARTNER

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
NASHVILLE

May 14, 2008

**VIA ELECTRONIC CASE FILING AND HAND DELIVERY**

The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave.
San Francisco, CA 94102

    Re: *City of Oakland, California v. AIG Financial Products Corp., et al.*,
      Case No. CV-08-02116-JSW

Your Honor:

  We are writing pursuant to Your Honor's Standing Order on Recusal.

  We are counsel for the City of Oakland, California, plaintiff in the above-captioned action. Prior to 2003, Orrick Herrington & Sutcliffe, LLP served as bond counsel for Oakland in at least one transaction in which Oakland purchased a municipal derivative, the subject of this action.

            Respectfully,


            Eric B. Fastiff

EBF/jm
cc: All Counsel via Email and Facsimile
   (or U.S. Mail if no Email address or Facsimile Number Available)
762763.1