| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111 | | |
| Telephone No: 415-956-1000    FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA
Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served: GENWORTH FINANCIAL, INC. ("GENWORTH")
   b. Person served: CATHY KRIEGER-JEWELL, EMPLOYEE AT CORPORATION SERVICE COMPANY

4. Address where the party was served: 80 STATE STREET
   ALBANY, NY 12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GENWORTH FINANCIAL, INC. ("GENWORTH")
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WILLIAM IRISH
   
   First Legal Support Services          d. The Fee for Service was:
   ATTORNEY SERVICES                      e. I am: Not a Registered California Process Server
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Apr. 28, 2008

                                                                              (WILLIAM IRISH)

Judicial Council Form POS-010          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMONS IN A CIVIL          6415408.lieca-sf.129709