| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ERIC B. FASTIFF<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>3309-1 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CITY OF OAKLAND, CALIFORNIA
Defendant: AIG FINANCIAL PRODUCTS CORP., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2116 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT, THE CARTWRIGHT ACT, AND THE UNFAIR COMPETITION LAW; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGMENT CONFERNECE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served: PACKERKISS SECURITIES, INC.
   b. Person served: PENELOPE J. PALMER, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 6 MABRY WAY
   SAN RAFAEL, CA 94902

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 01, 2008 (2) at: 4:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PACKERKISS SECURITIES, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 186
       (iii) County: Marin

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Sun, May. 04, 2008

Judicial Council Form POS-010        PROOF OF SERVICE         (JIM RUIZ)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                 6415438.lieca-sf.131948