1  DONALD F. ZIMMER, JR. (Bar No. 112279)
2  BRENDA N. BUONAIUTO (Bar No. 173919)
   KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California  94111
   Telephone:  (415) 318-1200
5  Facsimile: (415) 318-1300
   E-mails: fzimmer@kslaw.com
6           bbuonaiuto@kslaw.com

7

8  *Of Counsel*
   KEVIN R. SULLIVAN
9  SHANNON M. KASLEY
   KING & SPALDING LLP
10 1700 Pennsylvania Avenue, N.W.
   Washington, D.C.  20001
11 Telephone:  (202) 737-0500
   Facsimile:  (202) 626-3737
12 E-mails: krsullivan@kslaw.com
13          skasley@kslaw.com

14 Attorneys for Defendants
   BANK OF AMERICA, N.A. and
15 BANK OF AMERICA CORPORATION

16

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19                     **SAN FRANCISCO DIVISION**

20

21 | CITY OF OAKLAND, CALIFORNIA, | Case No. 3:08-cv-02116 (MMC) |
22 |                              |                              |
   |                    Plaintiff,| **NOTICE OF APPEARANCE ON**  |
23 | v.                           | **BEHALF OF DEFENDANTS BANK OF** |
   |                              | **AMERICA, N.A. AND BANK OF** |
24 |                              | **AMERICA CORPORATION**      |
25 | AIG FINANCIAL PRODUCTS CORP., et al., | |
26 |                    Defendants.| |

27

28

1  PLEASE TAKE NOTICE that King & Spalding LLP, with offices at Four Embarcadero Center, Suite 3500, San Francisco, California 94111, hereby appears as counsel in the above-captioned action on behalf of defendants Bank of America, N.A. and Bank of America Corporation.

Dated: May 16, 2008

KING & SPALDING LLP

/s/ Brenda N. Buonaiuto
DONALD F. ZIMMER, JR.
BRENDA N. BUONAIUTO

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BANK OF AMERICA CORPORATION