DONALD F. ZIMMER, JR. (Bar No. 112279)
BRENDA N. BUONAIUTO (Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California  94111
Telephone:  (415) 318-1200
Facsimile: (415) 318-1300
Email: fzimmer@kslaw.com
        bbuonaiuto@kslaw.com

*Of Counsel*
KEVIN R. SULLIVAN
SHANNON M. KASLEY
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
Email: krsullivan@kslaw.com
        skasley@kslaw.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BANK OF AMERICA CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*<br><br>Defendants. | Case No. 3:08-cv-02116 (MMC)<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ON BEHALF OF DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION [F.R.C.P. 7.1; CIV. L.R. 3-16]** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Bank of America, N.A. and Bank of America Corporation certify that Bank of America, N.A. is a wholly owned indirect subsidiary of Bank of America Corporation. Bank of America, N.A.'s direct parent company is NB Holdings Corporation, which in turn is 100% owned by Bank of America Corporation. Bank of America Corporation is the only publicly-held company that owns 10% or more of Bank of America, N.A.'s stock.

Accordingly, pursuant to Civil L.R. 3-16, Bank of America, N.A. and Bank of America Corporation certify that each has a financial interest in the subject matter in controversy or in a party to the above-captioned matter.

Dated: May 16, 2008

KING & SPALDING LLP

/s/ Brenda N. Buonaiuto
DONALD F. ZIMMER, JR.
BRENDA N. BUONAIUTO

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BANK OF AMERICA CORPORATION

DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. 3:08-cv-02116 (MMC)