1  DONALD F. ZIMMER, JR. (Bar No. 112279)
2  BRENDA N. BUONAIUTO (Bar No. 173919)
   KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California  94111
   Telephone:  (415) 318-1200
5  Facsimile: (415) 318-1300
   E-mails: fzimmer@kslaw.com
6           bbuonaiuto@kslaw.com

7

8  *Of Counsel*
   KEVIN R. SULLIVAN
9  SHANNON M. KASLEY
   KING & SPALDING LLP
10 1700 Pennsylvania Avenue, N.W.
   Washington, D.C.  20001
11 Telephone:  (202) 737-0500
   Facsimile:  (202) 626-3737
12 E-mails: krsullivan@kslaw.com
13          skasley@kslaw.com

14 Attorneys for Defendants
   BANK OF AMERICA, N.A. and
15 BANK OF AMERICA CORPORATION

16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                  **SAN FRANCISCO DIVISION**

20

| 21 | CITY OF OAKLAND, CALIFORNIA, | Case No. 3:08-cv-02116 (MMC) |
|---|---|---|
| 22 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 23 | v. | |
| 24 | | |
| 25 | AIG FINANCIAL PRODUCTS CORP., et al., | |
| 26 | Defendants. | |

27

28

**CERTIFICATE OF SERVICE**

I, DAVID HALE, declare that:

I am at least 18 years of age and not a party to the above-entitled action. My business address is Four Embarcadero Center, Suite 3500, San Francisco, California 94111, Telephone: (415) 318-1200.

On May 16, 2008, I caused to be served the following document(s):

**1.     NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION**

**2.     DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]**;

**3.     NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13]**

by transmitting a true copy of (each of) said document(s) as follows:

By E-filing same via ECF and by e-mailing PDF copy(ies) to counsel for plaintiff City of Oakland:

Eric B. Fastiff
efastiff@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street
30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

and by e-mailing PDF courtesy copy(ies) to counsel for defendant JP Morgan Chase & Co. in the other related matters:

Thomas C. Rice
trice@stblaw.com
Annette C. Rizzi
arizzi@stblaw.com
Simpson Thacher & Bartlett LLP

425 Lexington Avenue
New York, NY 10017
(212) 455-2000 (Telephone)
(212) 455-2502 (Facsimile)

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on May 16, 2008, at San Francisco, California.

:      /S/
      DAVID HALE

I hereby certify that David Hale concurs in the e-filing of this document.

      /S/
      BRENDA N. BUONAIUTO