REGINALD D. STEER (SBN 56324)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:      415-765-9500
Facsimile:       415-765-9501
Email:              RSteer@AkinGump.com

Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>　　　　　　Defendants. | Case No.  1:08-CV-2116 (JSW)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that Reginald D. Steer of Akin Gump Strauss Hauer & Feld LLP, with offices at 580 California Street, Suite 1500, San Francisco, California 94104-1036, hereby appears as counsel on behalf of Defendant AIG Financial Products Corp., in the above captioned action.

Dated: May 16, 2008

　　　　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP

　　　　　　　　　　　　　　　　　　　　　By  /s/ Reginald D. Steer
　　　　　　　　　　　　　　　　　　　　　　　REGINALD D. STEER
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　AIG FINANCIAL PRODUCTS CORP. and
　　　　　　　　　　　　　　　　　　　　　AIG SUNAMERICA LIFE ASSURANCE CO.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On **May 16, 2008**, I served the foregoing document(s) described as: **Notice of Appearance** on the interested party(ies) below, using the following means:

<u>Counsel for Plaintiff CITY OF OAKLAND</u>

Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., Suite 3000
San Francisco, CA 94111

☒ **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 16, 2008** at San Francisco, California.

*/s/ Nancie Ward*
Nancie R. Ward

PROOF OF SERVICE                                                                 Case No. 1:08-CV-2116 (JSW)