REGINALD D. STEER (SBN 56324)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501
Email:         RSteer@AkinGump.com

Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>             Defendants. | Case No. 1:08-CV-2116 (JSW)<br><br>**CORPORATE DISCLOSURE STATEMENT OF AIG FINANCIAL PRODUCTS CORP.** |

Pursuant to Federal Rule of Civil Procedure 7.1, AIG Financial Products Corp. states that American International Group, Inc. owns 10% or more of the stock of AIG Financial Products Corp.

Dated: May 16, 2008                      AKIN GUMP STRAUSS HAUER & FELD LLP

                                                  By *Reginald D. Steer*
                                                      REGINALD D. STEER
                                                      Attorneys for Defendants
                                                      AIG FINANCIAL PRODUCTS CORP. and
                                                      AIG SUNAMERICA LIFE ASSURANCE CO.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On **May 16, 2008**, I served the foregoing document(s) described as: **Corporate Disclosure Statement of AIG Financial Products Corp.** on the interested party(ies) below, using the following means:

<u>Counsel for Plaintiff CITY OF OAKLAND</u>

Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., Suite 3000
San Francisco, CA 94111

☒ **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 16, 2008** at San Francisco, California.

*Nancie R. Ward*
Nancie R. Ward