1  Richard M. Heimann (State Bar No. 063607)
   rheimann@lchb.com
2  Joseph R. Saveri (State Bar No. 130064)
   jsaveri@lchb.com
3  Eric B. Fastiff (State Bar No. 182260)
   efastiff@lchb.com
4  Lieff, Cabraser, Heimann & Bernstein, LLP
   275 Battery Street, 30th Floor
5  San Francisco, CA  94111-3339
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  Attorneys for Individual and Representative Plaintiff
   City of Oakland, California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CITY OF OAKLAND, CALIFORNIA, | Case No. 3:08-cv-02116-MMC |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| AIG FINANCIAL PRODUCTS, *et al.*, | The Honorable Maxine M. Chesney |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Daniel E. Seltz, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled

1  action. The name, address and telephone number of that attorney is:

Eric B. Fastiff, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

I declare under penalty of perjury that the foregoing in true and correct.

Dated: May 14, 2008

Daniel E. Seltz

760791.1                                              - 2 -

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
CASE NO. 3:08-CV-02116- MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>  Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS, *et al.*,<br><br>  Defendants. | Case No. 3:08-cv-02116-MMC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Daniel E. Seltz, an active member in good standing of the bar of New York, whose business address and telephone number is:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11 3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: May ___, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge

760791.1

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:08-CV-02116-MMC