UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>　　　　　Plaintiff,<br>v.<br><br>AIG FINANCIAL PRODUCTS, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:08-cv-02116-MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Daniel E. Seltz, an active member in good standing of the bar of New York, whose business address and telephone number is:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11 3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: May 23, 2008

　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　United States District Judge