1  SIMPSON THACHER & BARTLETT LLP
   Jeffrey E. Ostrow (SBN No. 213118)
2  *jostrow@stblaw.com*
   3330 Hillview Avenue
3  Palo Alto, California 94304
   Telephone:  (650) 251-5000
4  Facsimile:  (650) 251-5002

5  Attorneys for Defendant
   JPMORGAN CHASE & CO.

6

7

8
                       UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 | CITY OF OAKLAND, CALIFORNIA,           | Case No. C 08 2116 (JSW)
   |                                         |
13 |                     Plaintiff,         |
   |                                         | **CERTIFICATION OF INTERESTED**
14 |          v.                             | **ENTITIES OR PERSONS PURSUANT**
   |                                         | **TO CIVIL L.R. 3-16**
15 | AIG FINANCIAL PRODUCTS CORP.; AIG       |
   | SUNAMERICA LIFE ASSURANCE CO.;          |
16 | BANK OF AMERICA CORPORATION;            |
   | BANK OF AMERICA, N.A.; BEAR             |
17 | STEARNS COMPANIES, INC.; CAIN           |
   | BROTHERS & COMPANY, LLC; CDR            |
18 | FINANCIAL PRODUCTS, INC.; FELD          |
   | WINTERS FINANCIAL, LLC; FINANCIAL       |
19 | GUARANTY INSURANCE CO.;                 |
   | FINANCIAL SECURITY ASSURANCE            |
20 | HOLDINGS, LTD.; FIRST SOUTHWEST         |
   | COMPANY; GE FUNDING CAPITAL             |
21 | MARKET SERVICES, INC.; GENWORTH         |
   | FINANCIAL, INC.; GEORGE K. BAUM &       |
22 | COMPANY; INVESTMENT                     |
   | MANAGEMENT ADVISORY GROUP, INC.;        |
23 | JPMORGAN CHASE & CO.; JPMORGAN          |
   | CHASE BANK, N.A.; KINSELL NEWCOMB       |
24 | & DE DIOS, INC.; LEHMAN BROTHERS        |
   | INC.; MERRILL LYNCH & CO., INC.;        |
25 | MORGAN KEEGAN & CO., INC.;              |
   | MORGAN STANLEY; NATIONAL                |
26 | WESTMINSTER BANK plc; NATIXIS, S.A.;    |
   | PACKERKISS SECURITIES INC.; PIPER       |
27 | JAFFRAY & CO.; SECURITY CAPITAL         |
   | ASSURANCE, INC.; SHOCKLEY               |
28 | FINANCIAL CORP.; SOCIÉTE GÉNÉRALE;      |
   | SOUND CAPITAL MANAGEMENT, INC.;         |
   | TRINITY FUNDING COMPANY, LLC;           |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1
2
3
4   UBS AG; UBS SECURITIES LLC; UBS FINANCIAL SERVICES INC.; WACHOVIA BANK, N.A.; WACHOVIA CORPORATION; WINTERS & CO. ADVISORS, LLC; XL ASSET FUNDING COMPANY 1 LLC; XL CAPITAL, LTD.; and XL LIFE INSURANCE & ANNUITY COMPANY,
5
                    Defendants.
6
7           Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
8   the named parties, there is no such interest to report.
9
    Dated: May 27, 2008
10
                                SIMPSON THACHER & BARTLETT LLP
11
12
                                By  /s/ Jeffrey E. Ostrow
13                                  Jeffrey E. Ostrow (SBN No. 213118)
                                    *jostrow@stblaw.com*
14                                  SIMPSON THACHER & BARTLETT LLP
                                    3330 Hillview Avenue
15                                  Palo Alto, California 94304
                                    Telephone:  (650) 251-5000
16                                  Facsimile:  (650) 251-5002

17                                  Attorneys for Defendant
                                    JPMORGAN CHASE & CO.
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                                2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
1