1   SIMPSON THACHER & BARTLETT LLP
    Jeffrey E. Ostrow (SBN No. 213118)
2   *jostrow@stblaw.com*
    3330 Hillview Avenue
3   Palo Alto, California 94304
    Telephone:  (650) 251-5000
4   Facsimile:  (650) 251-5002

5   Attorneys for Defendant
    JPMORGAN CHASE & CO.

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12   CITY OF OAKLAND, CALIFORNIA,          Case No. CV-08-2116 (MCC)

                        Plaintiff,

13          v.                             **DISCLOSURE STATEMENT
                                           PURSUANT TO FEDERAL RULE OF
14   AIG FINANCIAL PRODUCTS CORP.; AIG     CIVIL PROCEDURE 7.1**
     SUNAMERICA LIFE ASSURANCE CO.;
15   BANK OF AMERICA CORPORATION;
     BANK OF AMERICA, N.A.; BEAR
16   STEARNS COMPANIES, INC.; CAIN
     BROTHERS & COMPANY, LLC; CDR
17   FINANCIAL PRODUCTS, INC.; FELD
     WINTERS FINANCIAL, LLC; FINANCIAL
18   GUARANTY INSURANCE CO.;
     FINANCIAL SECURITY ASSURANCE
19   HOLDINGS, LTD.; FIRST SOUTHWEST
     COMPANY; GE FUNDING CAPITAL
20   MARKET SERVICES, INC.; GENWORTH
     FINANCIAL, INC.; GEORGE K. BAUM &
21   COMPANY; INVESTMENT
     MANAGEMENT ADVISORY GROUP, INC.;
22   JPMORGAN CHASE & CO.; JPMORGAN
     CHASE BANK, N.A.; KINSELL NEWCOMB
23   & DE DIOS, INC.; LEHMAN BROTHERS
     INC.; MERRILL LYNCH & CO., INC.;
24   MORGAN KEEGAN & CO., INC.;
     MORGAN STANLEY; NATIONAL
25   WESTMINSTER BANK plc; NATIXIS, S.A.;
     PACKERKISS SECURITIES INC.; PIPER
26   JAFFRAY & CO.; SECURITY CAPITAL
     ASSURANCE, INC.; SHOCKLEY
27   FINANCIAL CORP.; SOCIÉTE GÉNÉRALE;
     SOUND CAPITAL MANAGEMENT, INC.;
28   TRINITY FUNDING COMPANY, LLC;

1  
2  UBS AG; UBS SECURITIES LLC; UBS FINANCIAL SERVICES INC.; WACHOVIA BANK, N.A.; WACHOVIA CORPORATION;  
3  WINTERS & CO. ADVISORS, LLC; XL ASSET FUNDING COMPANY 1 LLC; XL  
4  CAPITAL, LTD.; and XL LIFE INSURANCE & ANNUITY COMPANY,  
5  
   Defendants.  
6  

7       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

8  counsel of record for Defendant JPMorgan Chase & Co. certifies as follows:

9       JPMorgan Chase & Co. is a publicly held corporation.  No publicly held

10  corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

11  
   Dated: May 27, 2008

12  
                                   SIMPSON THACHER & BARTLETT LLP

13  

14  
                          By   /s/ Jeffrey E. Ostrow
15                              Jeffrey E. Ostrow (SBN No. 213118)
                                *jostrow@stblaw.com*
16                              SIMPSON THACHER & BARTLETT LLP
                                3330 Hillview Avenue
17                              Palo Alto, California 94304
                                Telephone:  (650) 251-5000
18                              Facsimile:  (650) 251-5002

19                              Attorneys for Defendant
                                JPMORGAN CHASE & CO.
20  

21  

22  

23  

24  

25  

26  

27  

28  

505680-0258-11043-NY01.2726436.1                                    05/27/2008 7:49 PM