1  Jeffrey E. Ostrow (SBN No. 213118)
   jostrow@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
3  2550 Hanover Street
   Palo Alto, California 94304
4  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
5
6  Attorneys for Defendant
   JPMorgan Chase & Co.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11 | CITY OF OAKLAND, CALIFORNIA,         |
12 |                    Plaintiff,         | Case No. CV-08-2116-MMC
13 | v.                                    | **STIPULATION CONCERNING RESPONSES TO THE COMPLAINT**
14 |                                       |
15 | AIG FINANCIAL PRODUCTS CORP., *et al.*|
16 |                    Defendants.        |

17

18         WHEREAS, a motion under 28 U.S.C. § 1407 has been filed with the Judicial

19 Panel on Multidistrict Litigation (the "JPML") to centralize similar actions for coordinated

20 pretrial proceedings, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950;

21 and

22         WHEREAS, for efficiency's sake, briefing on pre-answer motions to dismiss in

23 this action should not be scheduled until the JPML has determined which court will hear the

24 action, and any consolidated complaint has been filed; and

25

26         WHEREAS, although the consent of defendants other than JPMorgan Chase & Co.

27 is not required because no defendant's position is compromised by this Stipulation, counsel for

28

JPMorgan Chase & Co. can nevertheless report that identified counsel for the other defendants have been canvassed and all support the Court's approval of this Stipulation, except the Bank of America defendants who are negotiating separately with Plaintiff;

WHEREAS, Plaintiff City of Oakland ("Plaintiff") agrees that submission of this Stipulation should be without prejudice to JPMorgan Chase & Co. or any other defendant to this action,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and defendant JPMorgan Chase & Co., as follows:

1.  No defendant need respond to the complaint in this action before the 60th day after the Judicial Panel on Multidistrict Litigation has decided the centralization motion pending in docket No. 1950, *In re Municipal Derivatives Antitrust Litigation*, and plaintiff has filed a consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint), unless the transferee court orders otherwise; provided, however, that in the event a defendant agrees to an earlier response date in any municipal derivatives case, that defendant shall respond to the City of Oakland's complaint on that earlier date;

2.  This extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff and Defendants in writing of their intention to join this stipulation;

3.  Until such time as the transferee court enters a discovery order, any defendant who joins the stipulation and produces or has produced any documents, electronic data, or other information to any plaintiff in a municipal derivative action included in or properly designated as a tag-along action to *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950, shall make such information immediately available to Plaintiff City of Oakland on the

same terms and subject to the same conditions;

4. No defense of JPMorgan Chase & Co. or any other defendant to this action is prejudiced or waived by its submission of this Stipulation, including but not limited to assertion of jurisdictional defenses; and

5. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

So Stipulated and Agreed.

Date: May 27, 2008

By: *(signature)* Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John A. Russo, City Attorney (SBN 063203)
jrusso@oaklandcityattorney.org
Barbara Parker, Chief Asst. City Attorney (SBN 069722)
bparker@oaklandcityattorney.org
Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
mmorodomi@oaklandcityattorney.org
Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
ksalemboyd@oaklandcityattorney.org
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3034
Facsimile: (510) 238-6500

1
2
3
4   James A. Quadra (SBN 131084)
    *quadra@meqlaw.com*
5   Sylvia Sokol (SBN 200126)
    *sokol@meqlaw.com*
6   MOSCONE, EMBLIDGE & QUADRA, LLP
    220 Montgomery Street
7   Mills Tower, Suite 2100
    San Francisco, CA 94104
8   Telephone: (415) 362-3599
    Facsimile: (415) 362-2006
9
10  *Attorneys for Individual and Representative Plaintiff City of Oakland, California*
11
12
13  By: /s/ Jeffrey E. Ostrow

14  Jeffrey E. Ostrow (SBN No. 213118)
    *jostrow@stblaw.com*
15  SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
16  Palo Alto, California 94305
    Telephone: (650) 251-5000
17  Facsimile: (650) 251-5002

18  *Attorneys for defendant JPMorgan Chase & Co.*
19
20
21
22
23
24
25
26
27
28

764087.1                    -4-                    STIPULATION CONCERNING RESPONSES
                                                    TO THE COMPLAINT
                                                    CASE NO. CV-08-2116-MMC