1  Donald F. Zimmer, Jr. (Bar No. 112279)
   Brenda N. Buonaiuto (Bar No. 173919)
2  KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California 94111
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300
   E-mails: fzimmer@kslaw.com
6           bbuonaiuto@kslaw.com

7  *Of Counsel*

8
   Kevin R. Sullivan
9  Shannon M. Kasley
   King & Spalding LLP
10 1700 Pennsylvania Avenue, N.W.
   Washington, D.C. 20006-4706
11 Telephone: (202) 737-0500
12 Facsimile: (202) 626-3737
   E-mails: krsullivan@kslaw.com
13          skasley@kslaw.com

14
   Attorney for Defendants
15 Bank of America, N.A. and
   Bank of America Corporation

16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18                       (SAN FRANCISCO DIVISION)

19 | CITY OF OAKLAND, CALIFORNIA, | Case No. CV-08-2116-MMC
20 |                              |
   |            Plaintiff,        | STIPULATION AND ORDER
21 |                              | EXTENDING TIME TO ANSWER OR
   | v.                           | OTHERWISE RESPOND TO
22 |                              | COMPLAINT
23 | AIG FINANCIAL PRODUCTS CORP., *et al.*, |
24 |                              |
   |            Defendants.       |
25

26     WHEREAS the above-referenced action is the subject of on-going proceedings before the
27 United States Judicial Panel on Multidistrict Litigation in the *In re Municipal Derivatives*
28 *Antitrust Litigation*, MDL No. 1950, matter;

-1-

STIPULATION AND ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND TO
COMPLAINT
Case No. CV-08-2116-MMC

1  WHEREAS Defendants Bank of America, N.A. and Bank of America Corporation (collectively "Bank of America") have sought the consent of City of Oakland, California ("Oakland") for an extension of time to file an answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Bank of America has offered to produce and/or provide documents to Oakland on the same terms and subject to the same conditions as plaintiffs in other related litigation and that offer shall remain available to Oakland;

WHEREAS Bank of America has sought no other extensions in the above-referenced action to date;

WHEREAS on May 27, 2008, the Court entered a Case Management Conference Order setting a Case Management Conference for Friday, August 1, 2008 and the submission of a Case Management Statement by July 25, 2008, and as such, it is possible that this Stipulation would alter an event or deadline fixed by Court order;

WHEREAS Oakland has consented to an extension of time for Bank of America to answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Oakland agrees that submission of this Stipulation should be without prejudice to Bank of America or any other defendant to this action;

THE PARTIES HEREBY STIPULATE that Defendants Bank of America, N.A. and Bank of America Corporation are granted an extension of time to answer or otherwise respond to the Class Action Complaint in the above-referenced action until the 60th day after the Judicial Panel on Multidistrict Litigation has decided the centralization motion pending in docket No. 1950, In re Municipal Derivatives Antitrust Litigation, and plaintiff has filed a consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint), unless the transferee court orders otherwise; provided, however, that in the event

Bank of America agrees to an earlier response date in any municipal derivatives case, Bank of America shall respond to the City of Oakland's complaint on that earlier date.

IT IS SO STIPULATED:

| KING & SPALDING LLP | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|---|---|
| By: /s/ Brenda Buonaiuto | By: /s/ Eric Fastiff |
| Donald F. Zimmer, Jr. (Bar No. 112279)<br>Brenda N. Buonaiuto (Bar No. 173919)<br>Four Embarcadero Center<br>Suite 3500<br>San Francisco, California 94111<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | Eric B. Fastiff (Bar No. 182260)<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| Counsel for Defendants<br>Bank of America, N.A.<br>Bank of America Corporation | Counsel for Plaintiff<br>City of Oakland |
| Dated: June 2, 2008 | Dated: June 2, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED this ____ day of June, 2008.

_____
Hon. Maxine M. Chesney