1  Richard M. Heimann (State Bar No. 063607)
   rheimann@lchb.com
2  Joseph R. Saveri (State Bar No. 130064)
   jsaveri@lchb.com
3  Eric B. Fastiff (State Bar No. 182260)
   efastiff@lchb.com
4  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
5  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
6
   *Attorneys for Individual and Representative Plaintiff*
7  *City of Oakland, California*

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                   (SAN FRANCISCO DIVISION)
11

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*,<br><br>Defendants. | Case No. CV-08-02116-JSW<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE BY U.S. MAIL** |

19      I am a citizen of the United States and employed in San Francisco County,
20 California. I am over the age of eighteen years and not a party to the within-entitled action. My
21 business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco,
22 California 94111-3339.
23      I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice
24 for collection and processing of documents for mailing with the United States Postal Service, and
25 that practice is that the documents are deposited with the United States Postal Service with
26 postage fully prepaid thereon the same day as the day of collection in the ordinary course of
27 business.
28      On June 4, 2008, I served copies of the following document(s):

1  (1)   CASE MANAGEMENT CONFERENCE ORDER;

2  (2)   STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; and this

3

4  (3)   PROOF OF SERVICE VIA U.S. MAIL

5  upon the parties listed below via U.S. Mail as follows:

6  [SEE ATTACHED LIST]

7  I declare under penalty of perjury that the foregoing is true and correct. Executed

8  in San Francisco, California on June 4, 2008.

_____
RIZALINO ALTARES

NATIONAL WESTMINSTER BANK
NATIONAL WESTMINSTER BANK
135 BISHOPSGATE
LONDON
ENGLAND   EC2M 3 UR
COUNSEL FOR NATIONAL WESTMINSTER BANK PLC

ROBERT A. ALESSI
THOM ROSENTHAL
CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY  10005-1702
PHONE: (212) 701-3000
FAX: (212) 269-5420
EMAIL: ralessi@cahill.com   trosenthal@cahill.com
COUNSEL FOR XL ASSET FUNDING COMPANY 1 LLC; XL LIFE INSURANCE & ANNUITY COMPANY; XL CAPITAL, LTD.

JOSEPH J. BIAL
CADWALADER, WICKERSHAM & TAFT LLP
1201 F STREET, N.W.
WASHINGTON, DC  20004
PHONE: (202) 862-2200
FAX: (202) 862-2400
EMAIL: joseph.bial@cwt.com
COUNSEL FOR FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.

JOSEPH DOWELL EDMONDSON, JR.
FOLEY & LARDNER LLP
3000 K STREET, N.W.
WASHINGTON, DC  20007-5109
PHONE: (212) 672-5300
FAX: (202) 672-5399
EMAIL: jedmondson@foley.com
COUNSEL FOR MORGAN KEEGAN & CO.

JON R. FETTEROLF
WILLIAMS & CONNOLLY LLP
EDWARD BENNETT WILLIAMS BLDG.
725 TWELFTH STREET, N.W.
WASHINGTON, DC  20005
PHONE: (202) 434-5000
FAX: (202) 434-5029
EMAIL: jfetterolf@wc.com
COUNSEL FOR UBS AG

TIMOTHY E. HOEFFNER
SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
PHONE: (215) 972-7777
FAX: (215) 972-7725
EMAIL: thoeffner@saul.com
COUNSEL FOR INVESTMENT MANAGEMENT ADVISORY GROUP, INC.

SECURITY CAPITAL ASSURANCE, INC.
SECURITY CAPITAL ASSURANCE, INC.
A.S. COOPER BUILDING
26 REID STREET, 4TH FLOOR
HAMILTON HM 11, BERMUDA
COUNSEL FOR SECURITY CAPITAL ASSURANCE, INC.

ALDEN L. ATKINS
VINSON & ELKINS, LLP
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 600
WASHINGTON, DC  20004
PHONE: (202) 639-6613
FAX: (202) 879-8813
EMAIL: aatkins@velaw.com
COUNSEL FOR FIRST SOUTHWEST COMPANY

PAUL M. ECKLES
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
FOUR TIMES SQUARE
NEW YORK, NY  10036
PHONE: (212) 735-3000
FAX: (212) 735-2000
EMAIL: paul.eckles@skadden.com
COUNSEL FOR MORGAN STANLEY

DAVID S. EGGERT
ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, DC  20004-1202
PHONE: (202) 942-5000
FAX: (202) 942-5999
EMAIL: david.eggert@aporter.com
COUNSEL FOR GE FUNDING CAPITAL MARKET SERVICES, INC.

NEIL K. GILMAN
HUNTON & WILLIAMS
1900 K STREET, N.W.
WASHINGTON, DC  20006
PHONE: (202) 955-1500
FAX: (202) 778-2201
EMAIL: ngilman@hunton.com
COUNSEL FOR GENWORTH FINANCIAL, INC.

J. JACKSON
DORSEY & WHITNEY, LLP
50 SOUTH SIXTH STREET
SUITE 1500
MINNEAPOLIS, MN  55402-1498
PHONE: (612) 340-2600
FAX: (612) 340-2643
EMAIL: jjackson.j@dorsey.com
COUNSEL FOR PIPER JAFFRAY & CO.

JULIA JORDAN
SULLIVAN & CROMWELL LLP
1701 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006-5805
PHONE: (202) 956-7500
FAX: (202) 293-6330
EMAIL: jordanjm@sullcrom.com
COUNSEL FOR WACHOVIA BANK, N.A.; WACHOVIA CORPORATION

DANIEL F. KAPLAN
PERRY, GUTHERY, HAASE & GESSFORD P.C., LLO
233 SOUTH 13TH STREET
SUITE 1400
LINCOLN, NE 68508
PHONE: (402) 476-9200
FAX: (402) 476-0094
EMAIL: dkaplan@perrylawfirm.com
COUNSEL FOR SHOCKLEY FINANCIAL CORP.

MAREK P. KRZYZOWSKI
JOHN E. BEEBOWER
CRAVATH, SWAINE & MOORE LLP
825 EIGHTH AVENUE
WORLDWIDE PLAZA
NEW YORK, NY 10019
PHONE: (212) 474-1000
FAX: (212) 474-3700
EMAIL: mkryzowski@cravath.com   jbeerbower@cravath.com
COUNSEL FOR FINANCIAL GUARANTY INSURANCE COMPANY

JOHN W. LUNDQUIST
FREDRIKSON & BYRON, P.A.
200 SOUTH SIXTH STREET
SUITE 4000
MINNEAPOLIS, MN 55402-1425
PHONE: (612) 492-7000
FAX: (612) 492-7077
EMAIL: jlundquist@fredlaw.com
COUNSEL FOR SOUND CAPITAL MANAGEMENT, INC.

JOHN V. MCDERMOTT
HOLME ROBERTS & OWEN LLP
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203-4541
PHONE: (303) 861-7000
FAX: (303) 866-0200
EMAIL: john.mcdermott@hro.com
COUNSEL FOR GEORGE K. BAUM & CO.

THOMAS C. RICE
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017
PHONE: (212) 455-2000
FAX: (212) 455-2502
EMAIL: trice@stblaw.com
COUNSEL FOR JP MORGAN CHASE & CO.

JEFF KANDEL
FELD WINTERS FINANCIAL, LLC
15260 VENTURA BLVD.
SUITE 2220
SHERMAN OAKS, CA 91403
PHONE: (818) 501-0966
FAX: (818) 788-1904
EMAIL: fwfi@earthlink.net
COUNSEL FOR FELD WINTERS FINANCIAL, LLC

HOWARD J. KAPLAN
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10022
PHONE: (212) 333-0200
FAX: (212) 333-2350
EMAIL: hkaplan@arkin-law.com
COUNSEL FOR CAIN BROTHERS & CO., LLC

JOHN C. LETTERI
RICHARD W. BECKLER
JOSEPH WALKER
HOWREY LLP
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
PHONE: (202) 383-6519
FAX: (202) 383-6610
EMAIL: letterij@howrey.com   becklerr@howrey.com
COUNSEL FOR CDR FINANCIAL PRODUCTS, INC.

MARK E. MASTERS
GARY S. LICENBERG
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LICENBERG, P.C.
1875 CENTURY PARK EAST
23RD FLOOR
LOS ANGELES, CA 90067-2561
PHONE: (310) 201-2100
FAX: (310) 201-2110
EMAIL: mem@birdmarella.com; gs1@birdmarella.com
COUNSEL FOR WINTERS & CO. ADVISORS, LLC

JEFFREY E. OSTROW
SIMPSON THACHER & BARTLETT LLP
2550 HANOVER STREET
PALO ALTO, CA 94305
PHONE: (650) 251-5000
FAX: (650) 251-5002
EMAIL: jostrow@stblaw.com
COUNSEL FOR JP MORGAN CHASE & CO.

BRIAN E. ROBISON
VINSON & ELKINS, LLP
3700 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201-2975
PHONE: (214) 220-7770
FAX: (214) 999-7770
EMAIL: brobison@velaw.com
COUNSEL FOR FIRST SOUTHWEST COMPANY

KATHLEEN SALEM-BOYD
CITY OF OAKLAND, CALIFORNIA
ONE FRANK H. OGAWA PLAZA
6TH FLOOR
OAKLAND, CA 94612
PHONE: (510) 238-3034
FAX: (510) 238-6500
EMAIL: ksalemboyd@oaklandcityattorney.org
COUNSEL FOR CITY OF OAKLAND, CALIFORNIA

MOSES SILVERMAN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
PHONE: (212) 373-3000
FAX: (212) 757-3990
EMAIL: msilverman@paulweiss.com
COUNSEL FOR LEHMAN BROTHERS, INC.

EDWARD M. SPIRO
MORVILLO, ABRAMOWITZ, GRAND, IASON ET AL.
565 FIFTH AVENUE
NEW YORK, NY 10017
PHONE: (212) 856-9600
FAX: (212) 856-9494
EMAIL: espiro@maglaw.com
COUNSEL FOR MERRILL LYNCH & CO.; MERRILL LYNCH & CO., INC.

DAVID B. TULCHIN
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004-2498
PHONE: (212) 558-4000
FAX: (212) 558-3588
EMAIL: tulchind@sullcrom.com
COUNSEL FOR WACHOVIA BANK, N.A.

BURTON W. WIAND
FOWLER WHITE BOGGS BANKER P.A
501 E. KENNEDY BLVD.
SUITE 1700
TAMPA, FL 33602
PHONE: (813) 228-7411
FAX: (813) 229-8313
EMAIL: bwiand@fowlerwhite.com
COUNSEL FOR PACKERKISS SECURITIES, INC.

RICHARD B. ZABEL
AKIN GUMP STRAUSS HAUER & FELD LLP
590 MADISON AVENUE
NEW YORK, NY 10022
PHONE: (212) 872-1000
FAX: (212) 872-1002
EMAIL: rzabel@akingump.com
COUNSEL FOR AIG FINANCIAL CORP.; AIG SUN AMERICA LIFE ASSURANCE CO.

GEORGE R. SERDAR
MESSERLI & KRAMER P.A.
1800 FIFTH STREET TOWERS
150 SOUTH FIFTH STREET
MINNEAPOLIS, MN 55402
PHONE: (612) 672-3600
FAX: (612) 672-3777
EMAIL: gserdar@messerlikramer.com
COUNSEL FOR KINSELL NEWCOMB & DE DIOS, INC.

SYLVIA SOKOL
MOSCONE EMBLIDGE & QUADRA, LLP
220 MONTGOMERY STREET
SUITE 2100
SAN FRANCISCO, CA 94104-4238
PHONE: (415) 362-3599
FAX: (415) 362-2006
EMAIL: sokol@meqlaw.com
COUNSEL FOR CITY OF OAKLAND, CALIFORNIA

KEVIN R. SULLIVAN
KING & SPALDING
1700 PENNSYLVANIA AVENUE, N.W.
SUITE 200
WASHINGTON, DC 20006-2706
PHONE: (202) 737-0500
FAX: (202) 626-3737
EMAIL: ksullivan@kslaw.com
COUNSEL FOR BANK OF AMERICA; BANK OF AMERICA, N.A.

MICHAEL O. WARE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY 10019-5820
PHONE: (212) 506-2500
FAX: (212) 262-1910
EMAIL: mware@mayerbrown.com
COUNSEL FOR SOCIETE GENERALE

ROBERT D. WICK
COVINGTON & BURLING LLP
1201 PENNSYLVANIA AVE., N.W.
P.O. BOX 7566
WASHINGTON, DC 20044
PHONE: (202) 662-6000
FAX: (202) 662-6291
EMAIL: rwick@cov.com
COUNSEL FOR BEAR STEARNS & CO., INC.