Donald F. Zimmer, Jr. (Bar No. 112279)
Brenda N. Buonaiuto (Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
E-mails: fzimmer@kslaw.com
         bbuonaiuto@kslaw.com

*Of Counsel*

Kevin R. Sullivan
Shannon M. Kasley
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
E-mails: krsullivan@kslaw.com
         skasley@kslaw.com

Attorney for Defendants
Bank of America, N.A. and
Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*,<br><br>Defendants. | Case No. CV-08-2116-MMC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS the above-referenced action is the subject of on-going proceedings before the United States Judicial Panel on Multidistrict Litigation in the *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950, matter;

-1-

1   WHEREAS Defendants Bank of America, N.A. and Bank of America Corporation (collectively "Bank of America") have sought the consent of City of Oakland, California ("Oakland") for an extension of time to file an answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Bank of America has offered to produce and/or provide documents to Oakland on the same terms and subject to the same conditions as plaintiffs in other related litigation and that offer shall remain available to Oakland;

WHEREAS Bank of America has sought no other extensions in the above-referenced action to date;

WHEREAS on May 27, 2008, the Court entered a Case Management Conference Order setting a Case Management Conference for Friday, August 1, 2008 and the submission of a Case Management Statement by July 25, 2008, and as such, it is possible that this Stipulation would alter an event or deadline fixed by Court order;

WHEREAS Oakland has consented to an extension of time for Bank of America to answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Oakland agrees that submission of this Stipulation should be without prejudice to Bank of America or any other defendant to this action;

THE PARTIES HEREBY STIPULATE that Defendants Bank of America, N.A. and Bank of America Corporation are granted an extension of time to answer or otherwise respond to the Class Action Complaint in the above-referenced action until the 60th day after the Judicial Panel on Multidistrict Litigation has decided the centralization motion pending in docket No. 1950, In re Municipal Derivatives Antitrust Litigation, and plaintiff has filed a consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint), unless the transferee court orders otherwise; provided, however, that in the event

1  Bank of America agrees to an earlier response date in any municipal derivatives case, Bank of
2  America shall respond to the City of Oakland's complaint on that earlier date.
3      IT IS SO STIPULATED:
4  KING & SPALDING LLP                              LIEFF, CABRASER, HEIMANN &
5                                                   BERNSTEIN, LLP

6  By: /s/ Brenda Buonaiuto                         By: /s/ Eric Fastiff
7  Donald F. Zimmer, Jr. (Bar No. 112279)           Eric B. Fastiff (Bar No. 182260)
   Brenda N. Buonaiuto (Bar No. 173919)             275 Battery Street, 30th Floor
8  Four Embarcadero Center                          San Francisco, California 94111-3339
   Suite 3500                                       Telephone: (415) 956-1000
9  San Francisco, California 94111                  Facsimile: (415) 956-1008
10 Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
11
   Counsel for Defendants                           Counsel for Plaintiff
12 Bank of America, N.A.                            City of Oakland
   Bank of America Corporation
13
14 Dated: June 2, 2008                              Dated: June 2, 2008

15
   PURSUANT TO STIPULATION, IT IS SO ORDERED this 5th day of June, 2008.
16
17                                                  _____
18                                                  Hon. Maxine M. Chesney

-3-

STIPULATION AND ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND TO
COMPLAINT

Case No. CV-08-2116-MMC