SFP 2008 - 3852

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):
   **Wednesday 14 May 2008**

   -at (place, street, number):
   -a (localite, rue, numero):
   **135 Bishopsgate, London, EC2M 3UR, England (registered office of National Westminster Bank plc)**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:
      **Personally served upon National Westminster Bank plc at the direction of the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Supreme Court of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):
     **Benjamin Lamping**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:
     **Solicitor authorised to accept service on behalf of National Westminster Bank plc**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): _20th May 2008_
le:

Signature and/or stamp:
Signature et/ou cachet:

26.1.316

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., et al.,<br><br>Defendants. | Case No. CV 08 2116 |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents in Civil or Commercial Matters**

I, DAVID LLEWELYN MORGAN, Process Server, of 4 Church Lane, Great Gonerby, Grantham, NG31 8JU, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Supreme Court of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Wednesday the 14th day of May 2008 before 1700 hours I served National Westminster Bank plc, one of the Defendants herein, with the Summons in a Civil Action, the Class Action Complaint, the Civil Cover Sheet with Attachment, Order Setting Initial Case Management Conference and ADR deadlines and the ECF Registration Information handout, together with the Hague Convention Summary of the Document to be Served and its Attachment 'A' and the Hague Convention Notice, by handing them to and leaving them with Benjamin Lamping, a Solicitor, who confirmed that he was authorised to accept service on behalf of National Westminster Bank plc, at its registered office at 135 Bishopsgate, London, EC2M 3UR, England, which is a method of service in accordance with English Court rules.

3. Exhibited hereto marked "A" is a bundle containing a copy of each of the documents so served by me.

4. Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

Dated: 16th May 2008

Signed: _____
DAVID LLEWELYN MORGAN

I hereby certify that this is a true copy of the original

Signature _____
G H Bridgman LLB Solicitor

Date 16 May 2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., et al.,<br><br>                Defendants. | Case No. CV 08 2116 |

Exhibit A to the Witness Statement of David Llewelyn Morgan

This is the exhibit marked "A" to my witness statement dated today.

Dated: 16th May 2008

Signed: _____
DAVID LLEWELYN MORGAN

Case No.: CV 08 2116

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:  Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*  LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

Particulars of the parties*:
*Identité des parties :*   CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself
and all others similarly situated, *Plaintiff*
AIG FINANCIAL PRODUCTS CORP, et al., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*  To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned to serve on Plaintiff's Attorney (Lieff, Cabraser, Heimann & Bernstein, LLP) an Answer to the Complaint within twenty (20) days after service of the Summons, not counting the day of receipt. Defendant also must file its Answer with the United States District Court, Northern District of California located at: 450 Golden Gate Avenue, San Francisco, California 94102, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned to serve on Plaintiff's Attorney (Lieff, Cabraser, Heimann & Bernstein, LLP) an Answer to the Complaint within twenty (20) days after service of the Summons, not counting the day of receipt. If Defendant fails to do so, judgment by default will be entered against it for the relief demanded in the Complaint. Defendant also must file its Answer with the Court.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

Attachment "A"
to "Summary of the Document to be Served"

Plaintiff City of Oakland, California, a Municipal Corporation, brings this class action complaint on behalf of itself and all others similarly situated that contracted for Municipal Derivatives in the United States and its territories directly from one or more of the named Municipal Derivatives Seller Defendants or Municipal Derivatives Broker Defendants in the period from January 1, 1992 through December 31, 2007 (the "Class Period"). Plaintiff alleges that during the Class Period, Defendants conspired to rig bids, to allocate customers and markets, and to fix, raise, maintain, or stabilize the returns received by Oakland and the members of the Class for Municipal Derivatives, including but not limited to Guaranteed Investment Contracts (GICs) sold in the United States, in violation of the Sherman Act, 15 U.S.C. § 1, the Cartwright Act, and the Unfair Competition Law. As a result of the alleged unlawful conduct of Defendants, Plaintiff claims that it and other members of the Class have been injured in their business and property, in that they have paid higher supracompetitive prices for these products than they otherwise would have absent the alleged illegal combination and price-fixing conspiracy, which restrained competition.

Plaintiff prays for the following relief: determination that this action be maintained as a class action, that Oakland be certified as a class representative and Oakland's counsel be appointed as counsel for the Class; judgment that Defendants' alleged actions are in violation of the Sherman Act and the California Business & Professions Code (the Cartwright Act); declaration that the unlawful contract, combination or conspiracy alleged is in violation of the Unfair Competition Law; treble damages; costs, including attorneys' fees; and such other relief as is just.

## NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

identité et adresse du destinataire
*identity and address of the addressee*

---

NATIONAL WESTMINSTER BANK PUBLIC
LIMITED COMPANY (Company No. 00929027)
135 Bishopsgate
London EC2M 3UR
UNITED KINGDOM

---

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

California Rural Legal Assistance, Inc.
631 Howard Street, Suite 300
San Francisco, California 94105
U.S.A.
Tel. 1.415.777.2752

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

California Rural Legal Assistance, Inc.
631 Howard Street, Suite 300
San Francisco, California 94105
U.S.A.
Tel. 1.415.777.2752

ORIGINAL

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA | ) |
| Plaintiff | ) CV 08   2116 |
| v. | ) Civil Action No. |
| AIG FINANCIAL PRODUCTS CORP., et al. | ) |
| Defendant | ) |

MEJ

**Summons in a Civil Action**

To:  (see attached list)
         *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Eric B. Fastiff
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 23 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address

## ATTACHMENT TO SUMMONS

**Defendants To Be Served:**

AIG FINANCIAL PRODUCTS CORP.
AIG SUNAMERICA LIFE ASSURANCE CO.
BANK OF AMERICA CORPORATION
BANK OF AMERICA, N.A.
BEAR STEARNS COMPANIES, INC.
CAIN BROTHERS & COMPANY, LLC
CDR FINANCIAL PRODUCTS, INC.
FELD WINTERS FINANCIAL, LLC
FINANCIAL GUARANTY INSURANCE CO.
FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.
FIRST SOUTHWEST COMPANY
GE FUNDING CAPITAL MARKET SERVICES, INC.
GENWORTH FINANCIAL, INC.
GEORGE K. BAUM & COMPANY
INVESTMENT MANAGEMENT ADVISORY GROUP, INC.
J.P. MORGAN CHASE & CO.
KINSELL NEWCOMB & DE DIOS, INC.
LEHMAN BROTHERS INC.
MERRILL LYNCH & CO. INC.
MORGAN KEEGAN & CO., INC.
MORGAN STANLEY
NATIONAL WESTMINSTER BANK plc
NATIXIS, S.A.
PACKERKISS SECURITIES, INC.
PIPER JAFFRAY & CO.
SECURITY CAPITAL ASSURANCE, INC.
SHOCKLEY FINANCIAL CORP.
SOCIÉTÉ GÉNÉRALE
SOUND CAPITAL MANAGEMENT, INC.
TRINITY FUNDING COMPANY, LLC
UBS AG
WACHOVIA BANK, N.A.
WACHOVIA CORPORATION
WINTERS & CO. ADVISORS, LLC
XL ASSET FUNDING COMPANY I LLC
XL CAPITAL, LTD.
XL LIFE INSURANCE & ANNUITY COMPANY