1  John A. Russo, City Attorney (SBN 063203)
   *jrusso@oaklandcityattorney.org*
2  Barbara Parker, Chief Asst. City Attorney (SBN 069722)
   *bparker@oaklandcityattorney.org*
3  Mark Morodomi, Supervising Deputy City Attorney
   (SBN 120914)
4  *mmorodomi@oaklandcityattorney.org*
   Kathleen Salem-Boyd, Deputy City Attorney (SBN
5  100179)
   *ksalemboyd@oaklandcityattorney.org*
6  CITY OF OAKLAND, CALIFORNIA
   One Frank H. Ogawa Plaza, 6th Floor
7  Oakland, California 94612
   Telephone:    (510) 238-3034
8  Facsimile:    (510) 238-6500

9  *Attorneys for Individual and Representative Plaintiff
   City of Oakland, California*

10 [Additional Counsel Listed on Signature Page]

11                           UNITED STATES DISTRICT COURT

12                           NORTHERN DISTRICT OF CALIFORNIA

13

| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*,<br><br>Defendants. | Case No. C-08-cv-02116-MMC<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FELD WINTERS FINANCIAL, LLC** |
|---|---|

Notice is hereby given pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff City of Oakland, California voluntary dismisses the above-captioned action without prejudice only against Defendant Feld Winters Financial, LLC.

Dated: June 5, 2008

By:       /s/ *Eric B. Fastiff*
          Eric B. Fastiff

Richard M. Heimann (SBN 63607)
*rheimann@lchb.com*
Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John A. Russo, City Attorney (SBN 063203)
*jrusso@oaklandcityattorney.org*
Barbara Parker, Chief Asst. City Attorney (SBN 069722)
*bparker@oaklandcityattorney.org*
Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
*mmorodomi@oaklandcityattorney.org*
Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
*ksalemboyd@oaklandcityattorney.org*
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3034
Facsimile: (510) 238-6500

James A. Quadra (SBN 131084)
*quadra@meqlaw.com*
Sylvia Sokol (SBN 200126)
*sokol@meqlaw.com*
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

765341.1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FELD WINTERS FINANCIAL, LLC
CASE NO. C-08-CV-02116-MMC