REGINALD D. STEER (SBN 56324)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:      415-765-9501
Email:            RSteer@AkinGump.com

Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE COMPANY.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>Defendants. | Case No. 3:08-CV-2116 (MMC)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

     Pursuant to Civil Local Rule 11-3, Robert H. Hotz, Jr., an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company in the above-captioned action.

     In support of this application, I certify on oath that:

     1.    I am an active member in good standing of a United States Court or of the highest court of another state or of the District of Columbia, as indicated above;

     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Resolution program of this Court; and

     3.    An attorney who is a member of the bar of this Court in good standing and who

1 | maintains an office within the State of California has been designated as co-counsel in the above-
2 | captioned action. The name, address and telephone number of that attorney is:

Reginald D. Steer
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, California 94104-1036
415-765-9500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2008

_____
Robert H. Hotz, Jr.

2

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

3:08-CV-2116 (MMC)