1  REGINALD D. STEER (SBN 56324)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  580 California Street, 15th Floor
   San Francisco, California 94104-1036
3  Telephone:    415-765-9500
   Facsimile:    415-765-9501
4  Email:        RSteer@AkinGump.com

5  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
6  AIG SUNAMERICA LIFE ASSURANCE CO.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | CITY OF OAKLAND, CALIFORNIA, a          | Case No. 3:08-CV-2116 (MMC)
   | Municipal Corporation, on behalf of itself and |
12 | all others similarly situated,          | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF**
13 |        Plaintiffs,                      | **ATTORNEY *PRO HAC VICE***
14 | v.                                      |
15 | AIG FINANCIAL PRODUCTS CORP., et al.,   |
16 |        Defendants.                      |
17

18

19      Richard B. Zabel, an active member in good standing of the bar of New York, whose business

20 address and telephone number is:

21                    AKIN GUMP STRAUSS HAUER & FELD LLP
                                  590 MADISON AVENUE
22                                NEW YORK, NY 10022
                                     212-872-1000
23

24 Having applied in the above-captioned action for admission to practice in the Northern District of

25 California on a *pro hac vice* basis, representing AIG Financial Products Corp. and AIG SunAmerica

26 Life Assurance Company.

27      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

28 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac*

---
1

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                                    3:08-CV-2116 (MMC)

1  *vice*. Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements contained
3  in General Order No. 45, Electronic Case Filing.

5  Dated: June __, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                        3:08-CV-2116 (MMC)