```
                                                         FILED
 1  REGINALD D. STEER (SBN 56324)
    AKIN GUMP STRAUSS HAUER & FELD LLP                08 JUN -5 PM 4: 03
 2  580 California Street, 15th Floor
    San Francisco, California 94104-1036              RICHARD W. WIEKING
 3  Telephone:   415-765-9500                      CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
    Facsimile:   415-765-9501
 4  Email:       RSteer@AkinGump.com

 5  Attorneys for Defendants
    AIG FINANCIAL PRODUCTS CORP. and
 6  AIG SUNAMERICA LIFE ASSURANCE COMPANY.

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>Defendants. | Case No. 3:08-CV-2116 (MMC)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Robert H. Hotz, Jr., an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company in the above-captioned action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another state or of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who

1

1  maintains an office within the State of California has been designated as co-counsel in the above-
2  captioned action. The name, address and telephone number of that attorney is:

3  
    Reginald D. Steer
    AKIN GUMP STRAUSS HAUER & FELD LLP
4   580 California Street, 15th Floor
    San Francisco, California 94104-1036
5   415-765-9500

6  I declare under penalty of perjury that the foregoing is true and correct.

7

8  Dated: June 5, 2008                              _____
                                                     Robert H. Hotz, Jr.
9

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*                                           3:08-CV-2116 (MMC)

1  REGINALD D. STEER (SBN 56324)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  580 California Street, 15th Floor
   San Francisco, California 94104-1036
3  Telephone:   415-765-9500
   Facsimile:   415-765-9501
4  Email:       RSteer@AkinGump.com

5  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
6  AIG SUNAMERICA LIFE ASSURANCE CO.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | CITY OF OAKLAND, CALIFORNIA, a             | Case No. 3:08-CV-2116 (MMC)
   | Municipal Corporation, on behalf of itself and |
12 | all others similarly situated,              | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
13 |             Plaintiffs,                     |
14 |       v.                                    |
15 | AIG FINANCIAL PRODUCTS CORP., et al.,       |
16 |             Defendants.                     |
17

18

19     Robert H. Hotz, Jr., an active member in good standing of the bar of New York, whose business

20 address and telephone number is:

21                AKIN GUMP STRAUSS HAUER & FELD LLP
                         590 MADISON AVENUE
22                       NEW YORK, NY 10022
                            212-872-1000
23

24 Having applied in the above-captioned action for admission to practice in the Northern District of

25 California on a *pro hac vice* basis, representing AIG Financial Products Corp. and AIG SunAmerica

26 Life Assurance Company.

27     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

28 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac*

                                            1

1  *vice*. Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements contained
3  in General Order No. 45, Electronic Case Filing.

5  Dated: June __, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge