FILED

08 JUN -5 PM 4:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | REGINALD D. STEER (SBN 56324)
**AKIN GUMP STRAUSS HAUER & FELD LLP**

2 | 580 California Street, 15th Floor
San Francisco, California 94104-1036

3 | Telephone:     415-765-9500
Facsimile:      415-765-9501

4 | Email:           RSteer@AkinGump.com

5 | Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and

6 | AIG SUNAMERICA LIFE ASSURANCE COMPANY.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | CITY OF OAKLAND, CALIFORNIA, a
Municipal Corporation, on behalf of itself and

12 | all others similarly situated,

13 | Plaintiffs,

14 | v.

15 | AIG FINANCIAL PRODUCTS CORP., et al.,

16 | Defendants.

Case No. 3:08-CV-2116 (MMC)

**APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE***

17

18 |     Pursuant to Civil Local Rule 11-3, Richard B. Zabel, an active member in good standing of the

19 | bar of New York, hereby applies for admission to practice in the Northern District of California on a

20 | pro hac vice basis representing AIG Financial Products Corp. and AIG SunAmerica Life Assurance

21 | Company in the above-captioned action.

22 |     In support of this application, I certify on oath that:

23 |     1.    I am an active member in good standing of a United States Court or of the highest court

24 | of another state or District of Columbia, as indicated above;

25 |     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

26 | 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the

27 | Local Rules and the Alternative Resolution program of this Court; and

28 |     3.    An attorney who is a member of the bar of this Court in good standing and who

1

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

3:08-CV-2116 (MMC)

1   maintains an office within the State of California has been designated as co-counsel in the above-

2   captioned action.  The name, address and telephone number of that attorney is:

3

Reginald D. Steer

4

AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, California 94104-1036

5

415-765-9500

6      I declare under penalty of perjury that the foregoing is true and correct.

7

8   Dated:  June 5, 2008

Richard B. Zabel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

3:08-CV-2116 (MMC)

1  REGINALD D. STEER (SBN 56324)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  580 California Street, 15th Floor
   San Francisco, California 94104-1036
3  Telephone:    415-765-9500
   Facsimile:    415-765-9501
4  Email:        RSteer@AkinGump.com

5  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
6  AIG SUNAMERICA LIFE ASSURANCE CO.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11  CITY OF OAKLAND, CALIFORNIA, a          Case No. 3:08-CV-2116 (MMC)
    Municipal Corporation, on behalf of itself and
12  all others similarly situated,          **[PROPOSED] ORDER GRANTING
                                            APPLICATION FOR ADMISSION OF
13                  Plaintiffs,             ATTORNEY *PRO HAC VICE***

14          v.

15  AIG FINANCIAL PRODUCTS CORP., et al.,

16                  Defendants.

17

18

19         Richard B. Zabel, an active member in good standing of the bar of New York, whose business

20  address and telephone number is:

21              AKIN GUMP STRAUSS HAUER & FELD LLP
                      590 MADISON AVENUE
22                    NEW YORK, NY 10022
                         212-872-1000
23

24  Having applied in the above-captioned action for admission to practice in the Northern District of

25  California on a *pro hac vice* basis, representing AIG Financial Products Corp. and AIG SunAmerica

26  Life Assurance Company.

27         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

28  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac*

                                            1

RECEIVED

08 JUN -5 PM 4:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | *vice.* Service of papers upon and communication with co-counsel designated in the application will

2 | constitute notice to the party. All future filings in this action are subject to the requirements contained

3 | in General Order No. 45, Electronic Case Filing.

4 |

5 | Dated: June __, 2008

6 | The Honorable Maxine M. Chesney
United States District Judge

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2