1  REGINALD D. STEER (SBN 56324)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  580 California Street, 15th Floor
   San Francisco, California 94104-1036
3  Telephone:   415-765-9500
   Facsimile:   415-765-9501
4  Email:       RSteer@AkinGump.com

5  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
6  AIG SUNAMERICA LIFE ASSURANCE CO.

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>Defendants. | Case No. 3:08-CV-2116 (MMC)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Robert H. Hotz, Jr., an active member in good standing of the bar of New York, whose business address and telephone number is:

AKIN GUMP STRAUSS HAUER & FELD LLP
590 MADISON AVENUE
NEW YORK, NY 10022
212-872-1000

Having applied in the above-captioned action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                                    3:08-CV-2116 (MMC)

1  *vice*. Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements contained
3  in General Order No. 45, Electronic Case Filing.

5  Dated: June 9, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

3:08-CV-2116 (MMC)