DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>      Plaintiff,<br><br>vs.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>      Defendant. | No. C 08-02116<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jay N. Fastow hereby appears in this action on behalf of Defendant National Westminster Bank plc. This Notice is filed without waiver of any defenses or objections, including jurisdictional and venue defenses.

Dated: June 11, 2008
New York, New York

Respectfully submitted,

By: _____
Jay N. Fastow
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500
FastowJ@dicksteinshapiro.com

*Attorney for National Westminster Bank plc*

DICKSTEIN SHAPIRO LLP

DOCSNY-309373v02

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed this 11th day of June, 2008 with the Clerk of the Court through the Court's CM/ECF system, which will automatically notify the attorneys of record by email.

_____
Christine J. DeVries