DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>    Defendant. | No. C 08-02116<br><br>**RULE 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant National Westminster Bank plc certifies that it is a public limited company organized under the laws of the United Kingdom, and wholly owned by the Royal Bank of Scotland plc, which is wholly owned by the Royal Bank of Scotland Group plc (the "Group"). Only the Group is a publicly held company. The Group is organized under the laws of the United Kingdom, registered in Scotland, and traded on the London Stock Exchange under the symbol "RBS:LN." The Group also has secondary listings with Euronext Amsterdam ("RBS:NA") and the New York Stock Exchange ("RBS:US"), an ADR facility. No corporations or other publicly traded entities own more than 10% of the Group's stock.

DICKSTEIN
SHAPIRO LLP

| | |
|---|---|
| 1 | Dated: June 11, 2008 |
| 2 | New York, New York |

Respectfully submitted,

By: _____
Jay N. Fastow
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500
FastowJ@dicksteinshapiro.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DICKSTEIN
SHAPIRO LLP

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed this \_\_11th\_\_ day of June, 2008, with the Clerk of the Court through the Court's CM/ECF system, which will automatically notify the attorneys of record by email.

*Christina J. DeVries*