Jay N. Fastow
NY Bar Roll 1541788
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
FastowJ@dicksteinshapiro.com

*Counsel to Defendant National Westminster Bank plc*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>      Plaintiff,<br><br>      vs.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.,<br><br>      Defendants. | No. C 08-02116<br><br>**Certificate of Interested<br>Entities or Persons** |

In accordance with Civil Local Rule 3.16, Defendant National Westminster Bank plc certifies through its undersigned counsel that, other than itself, the Royal Bank of Scotland plc and the Royal Bank of Scotland Group plc (the "Group") have a financial interest in the outcome of this litigation.

Dated: June 12, 2008               Respectfully submitted,
New York, New York

                                   By:   /s/ Jay N. Fastow
                                           Jay N. Fastow

DICKSTEIN
SHAPIRO LLP

DOCSNY-313282v01