

# IN THE SUPREME COURT OF BERMUDA

Action No. 08CV000187

_Karina Shreefer, Esq_ _____ Plaintiff

_____ Defendant

## XL CAPITAL LTD

(Name of person or company to be served)

### AFFIDAVIT OF SERVICE

I, _McLaren Smith_, Bailiff of the Supreme Court of Bermuda, Hamilton, Bermuda,

MAKE OATH and say as follows:-

On the _22_ day of _May_, 2008 at _12:30_ am/pm

I personally served (name of person) _Robert Kuzloski_

with (list of documents) _Foreign documents_

at (place of service) _XL Capital LTD_
_Bermudiana Road, Hamilton Bermuda_

in the Islands of Bermuda.

(delete if inappropriate)
. The person served is known to me personally. Or
. The person served identified himself/herself to be the person so-named above.

Sworn at the city of Hamilton in the Islands of Bermuda)
this _29_ day of _May_ 2008              )  _[signature]_

Before me: _[signature]_
A COMMISIONER OF OATHS

30-05-08 A11:20 OUT

Case No. CV 08 2116

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR BERMUDA<br>Registrar of the Supreme Court<br>113 Front Street<br>Hamilton, HM12<br>BERMUDA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     XL CAPITAL LTD.
XL House, One Bermudiana Road, Hamilton, HM 11, BERMUDA

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :   Personal (in-hand) service by a judicial officer in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*;
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et- de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

Executed "Request," in duplicate
"Certificate" (unexecuted), in duplicate
"Summary" with Attachment "A," in duplicate
"Notice," in duplicate
Summons in a Civil Action, in duplicate
Class Action Complaint, in duplicate
Civil Cover Sheet with Attachment, in duplicate
Order Setting Initial Case Management Conference and ADR deadlines, in duplicate
ECF Registration Information handout, in duplicate

*Delete if inappropriate
*Rayer les mentions inutiles.*

Done at Leawood, Kansas, U.S.A., the 8 May 2008
Fait à _____, le _____
Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

1    (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)     USM-94 (Est. 11/22/77)

CERTIFICATE
ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a été exécutée*

    - the (date)
    - *le (date)* 22 May 2008
    - at (place, street, number)
    - *à (localité, rue numéro)* XL CAPITAL LTD, BERMUDIANA ROAD HAMILTON BERMUDA
    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*

      ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5, alinéa premier, lettre a).*

      ☐ (b) in accordance with the following particular method*:
        *b) selon la forme particulière suivante :*

      ☐ (c) by delivery to the addressee, who accepted it voluntarily. * Robert Kuzloski
        *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    -(identity and description of person)
    -*(identité et qualité de la personne)* White male, brown hair, brown eyes HT 5'7" WT 170

    -relationship to the addressee (family, business, or other):
    -*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* AGC

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:*

Done at Hamilton Bermuda, the 22 May 08
*Fait à                        , le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and / or stamp.
*Signature et / ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

Case No. CV 08 2116

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:  Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*  LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

Particulars of the parties*:
*Identité des parties :*  CITY OF OAKLAND, CALIFORNIA, a Municipal Corporation, on behalf of itself and all other similarly situated, *Plaintiff*
AIG FINANCIAL PRODUCTS CORP, et al., *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*  To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*  See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*  Defendant is summoned to serve on Plaintiff's Attorney (Lieff, Cabraser, Heimann & Bernstein, LLP) an Answer to the Complaint within twenty (20) days after service of the Summons, not counting the day of receipt. Defendant also must file its Answer with the United States District Court, Northern District of California located at: 450 Golden Gate Avenue, San Francisco, California 94102, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*  N/A

Date of judgment**:
*Date de la décision :*  N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*  Defendant is summoned to serve on Plaintiff's Attorney (Lieff, Cabraser, Heimann & Bernstein, LLP) an Answer to the Complaint within twenty (20) days after service of the Summons, not counting the day of receipt. If Defendant fails to do so, judgment by default will be entered against it for the relief demanded in the Complaint. Defendant also must file its Answer with the Court.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*  N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*  N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
  *Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

Case No. CV 08 2116

Attachment "A"
to "Summary of the Document to be Served"

Plaintiff City of Oakland, California, a Municipal Corporation, brings this class action complaint on behalf of itself and all others similarly situated that contracted for Municipal Derivatives in the United States and its territories directly from one or more of the named Municipal Derivatives Seller Defendants or Municipal Derivatives Broker Defendants in the period from January 1, 1992 through December 31, 2007 (the "Class Period"). Plaintiff alleges that during the Class Period, Defendants conspired to rig bids, to allocate customers and markets, and to fix, raise, maintain, or stabilize the returns received by Oakland and the members of the Class for Municipal Derivatives, including but not limited to Guaranteed Investment Contracts (GICs) sold in the United States, in violation of the Sherman Act, 15 U.S.C. § 1, the Cartwright Act, and the Unfair Competition Law. As a result of the alleged unlawful conduct of Defendants, Plaintiff claims that it and other members of the Class have been injured in their business and property, in that they have paid higher supracompetitive prices for these products than they otherwise would have absent the alleged illegal combination and price-fixing conspiracy, which restrained competition.

Plaintiff prays for the following relief: determination that this action be maintained as a class action, that Oakland be certified as a class representative and Oakland's counsel be appointed as counsel for the Class; judgment that Defendants' alleged actions are in violation of the Sherman Act and the California Business & Professions Code (the Cartwright Act); declaration that the unlawful contract, combination or conspiracy alleged is in violation of the Unfair Competition Law; treble damages; costs, including attorneys' fees; and such other relief as is just.

NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

identité et adresse du destinataire
*identity and address of the addressee*

```
XL CAPITAL LTD.
XL House
One Bermudiana Road
Hamilton, HM 11
BERMUDA
```

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

California Rural Legal Assistance, Inc.
631 Howard Street, Suite 300
San Francisco, California 94105
U.S.A.
Tel. 1.415.777.2752

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

California Rural Legal Assistance, Inc.
631 Howard Street, Suite 300
San Francisco, California 94105
U.S.A.
Tel. 1.415.777.2752