> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> JUL 1 1 2008
>
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 5 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 16, 2008, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Victor Marrero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Marrero.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 16, 2008, and, with the consent of that court, assigned to the Honorable Victor Marrero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: MUNICIPAL DERIVATIVES**
**ANTITRUST LITIGATION**                                         MDL No. 1950

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| CALIFORNIA NORTHERN | |
| CAN   3   08-2116 | City of Oakland, California v. AIG Financial Products Corp., et al. |
| DISTRICT OF COLUMBIA | |
| DC   1   08-955 | Central Bucks School District v. Bank of America, N.A. |
| DC   1   08-956 | Central Bucks School District v. Wachovia Bank, N.A., et al. |

IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION                                                           MDL No. 1950

## INVOLVED COUNSEL LIST (CTO-1)

Brenda Naomi Buonaiuto
KING & SPALDING LLP
Four Embarcadero Center
35th Floor
San Francisco, CA 94111

Jay N. Fastow
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
42nd Floor
New York, NY 10036-2714

Steven E. Fineman
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

Michael D. Hausfeld
COHEN MILSTEIN HAUSFELD &
TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Jeffrey E. Ostrow
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304

Barbara J. Parker
Oakland City Attorney's Office
One Frank H. Ogawa Plaza
6th Floor
Oakland, CA 94612-1999

James Andrew Quadra
MOSCONE EMBLIDGE & QUADRA LLP
Mills Tower
220 Montgomery Street
Suite 2100
San Francisco, CA 94104

Joseph R. Saveri
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
Embarcadero Center West
30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Reginald D. Steer
AKIN GUMP STRAUSS HAUER &
FELD LLP
580 California Street
15th Floor
San Francisco, CA 94104

Kevin R. Sullivan
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006-2706

Richard B. Zabel
AKIN GUMP STRAUSS HAUER &
FELD LLP
590 Madison Avenue
New York, NY 10022

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
08 JUL 15 AM 11:42

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

July 11, 2008

08-2116 MMC

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: MDL No. 1950 -- IN RE: Municipal Derivatives Antitrust Litigation

(See Attached CTO-1)

Dear Mr. McMahon:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 25, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel is attached.

                                        Very truly,

                                        Jeffery N. Lüthi
                                        Clerk of the Panel

                                        By _____
                                           Mecca S. Thompson
                                           Docket Specialist

Attachment

cc:  Transferee Judge:    Judge Victor Marrero
     Transferor Judges:   Judge Maxine M. Chesney; Judge James Robertson
     Transferor Clerks:   Richard W. Wieking; Nancy Mayer-Whittington

JPML Form 36