IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA | No. C-08-2116 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AIG FINANCIAL PRODUCTS CORP., et al., | |
| Defendants / | |

In light of the conditional transfer order issued earlier this month, the Case Management Conference scheduled for August 1, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 29, 2008

MAXINE M. CHESNEY
United States District Judge