IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA | No. C-08-2116 MMC |
| Plaintiff, | **ORDER STATISTICALLY CLOSING CASE IN LIGHT OF TRANSFER** |
| v. | |
| AIG FINANCIAL PRODUCTS CORP., et al., | |
| Defendants | |

On July 15, 2008, the above-titled action was transferred to the Southen District of New York for inclusion in In re: Municipal Derivatives Antitrust Litigation, MDL 1950. (See City of Oakland v. AIG Financial Products Corp., 08-cv-6340-VM, Southern District of New York, Docket #1.)

Accordingly, in light of the transfer, the Clerk of the Court is hereby DIRECTED to statistically close the case. Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: November 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge